**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| HOPI TRIBE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 17-cv-2590 (TSC) |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD J. TRUMP, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| UTAH DINÉ BIKÉYAH, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 17-cv-2605 (TSC) |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD J. TRUMP, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| NATURAL RESOURCES DEFENSE COUNCIL, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 17-cv-2606 (TSC) |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD J. TRUMP, *et al.*, | ) | |
| | ) | **CONSOLIDATED CASES** |
| Defendants. | ) | |
| | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR STATUS CONFERENCE**

Plaintiffs in the above-captioned cases respectfully request that the Court schedule a status conference at the Court's earliest convenience. Defendants' counsel does not oppose this request for a status conference.

These cases challenge the lawfulness of President Trump's 2017 proclamation carving 1.1 million acres of federal lands out of Bears Ears National Monument. Under the terms of the proclamation, to which Plaintiffs object, the excised lands were declared "open" to hardrock mining beginning in February 2018. 82 Fed. Reg. 58,081, 58,085 (Dec. 4, 2017). At the last status conference held on January 31, 2018, counsel requested that Defendants provide Plaintiffs with "notice if the government intends to take some action that might result in irreparable changes" within the monuments. ECF No. 28, Tr. of Status Hrg. at 19-21, *Hopi Tribe v. Trump*, No. 17-cv-2590 (D.D.C. Jan. 31, 2018). Based on the representations of counsel that this information would be publicly known, the Court stated, "at this time, I'm not going to require the government to provide notice." *Id.* at 22.

Since that last status conference, Plaintiffs have learned of some mining activity within Bears Ears' original boundaries—activity that, Plaintiffs believe, may have been prohibited but for President Trump's proclamation. For example, Plaintiffs have learned of a proposal for ground-disturbing activities (the so-called "Easy Peasy" project) on a uranium mining claim within the Bears Ears' original boundaries, where surface-disturbing work could commence as early as August or September 2018.

Plaintiffs' counsel have conferred with Defendants' counsel, by letter and telephone, explaining their need for 48 hours' advance notice of any such ground-disturbing activities. Defendants have refused to provide such notice, however and have directed Plaintiffs to utilize a database that is unreliably and infrequently updated. Plaintiffs therefore wish to revisit the discussion begun at the January 31 status conference and seek the Court's guidance in this matter. Specifically, Plaintiffs wish to discuss the propriety of requiring Defendants to provide written notice–within 48 hours of the Department of the Interior or any component thereof becoming

aware of such an activity–of all developments related to extractive and/or land-disturbing activity on any public lands that have been excluded from the monument. This will enable Plaintiffs to evaluate impacts and seek court relief if necessary. Without this notice, Plaintiffs are unable to preserve the status quo or know when their interests have been affected.

For the foregoing reasons, Plaintiffs ask that the Court hold a status conference to discuss the request for notice. Plaintiffs in the related cases concerning Grand Staircase-Escalante National Monument are filing a similar request concurrently with this motion. Plaintiffs respectfully propose that a single status conference, covering both Bears Ears and Grand Staircase-Escalante, would be appropriate given the similarity of Plaintiffs' concerns with potential extractive activity in both monuments.

Dated: August 23, 2018

Respectfully submitted,

James T. Banks (Bar No. 261156)
Adam M. Kushner (Bar No. 426344)
Douglas P. Wheeler III (Bar No. 463959)
Hunter J. Kendrick (Bar No. 144629)
Hogan Lovells US LLP
555 Thirteenth Street NW
Washington, DC 20004
Tel.: (202) 637-5600
Fax: (202) 637-5910
E-mail: james.banks@hoganlovells.com
E-mail: adam.kushner@hoganlovells.com
E-mail: douglas.wheeler@hoganlovells.com
E-mail: hunter.kendrick@hoganlovells.com
*Attorneys for Plaintiffs Utah Diné Bikéyah, Friends of Cedar Mesa, Archaeology Southwest, Conservation Lands Foundation, Inc., Patagonia Works, The Access Fund, the National Trust for Historic Preservation, and the Society of Vertebrate Paleontology*

s/nlandreth
Natalie Landreth
Native American Rights Fund
745 W. 4th Ave, Suite 502
Anchorage, AK 99501
Tel: (907) 257-0501
Fax: (907) 276-2466
E-mail: landreth@narf.org
*Attorney for the Hopi Tribe, Ute Mountain Ute Tribe, and Zuni Tribe*

Matthew Campbell
Native American Rights Fund
1506 Broadway
Boulder, CO 80302
Tel: (303) 447-8760
Fax: (303) 443-7776
E-mail: mcampbell@narf.org
*Attorney for the Hopi Tribe, Ute Mountain Ute Tribe, and Zuni Tribe*

Ethel Branch, Attorney General
Paul Spruhan, Assistant Attorney General

James Pew (Bar No. 448830)
Earthjustice
1625 Massachusetts Avenue, NW
Suite 702
Washington, DC 20036
Tel.: (202) 667-4500
Fax: (202) 667-2356
E-mail: jpew@earthjustice.org
*Attorney for The Wilderness Society,
Defenders of Wildlife, Grand Canyon Trust,
Great Old Broads for Wilderness; Western
Watersheds Project, WildEarth Guardians,
Sierra Club, and Center for Biological
Diversity*

Heidi McIntosh (*pro hac vice*)
Yuting Yvonne Chi (*pro hac vice*)
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
Tel.: (303) 623-9466
Fax: (303) 623-8083
E-mail: hmcintosh@earthjustice.org
E-mail: ychi@earthjustice.org
*Attorneys for The Wilderness Society,
Defenders of Wildlife, Grand Canyon Trust,
Great Old Broads for Wilderness; Western
Watersheds Project, WildEarth Guardians,
Sierra Club, and Center for Biological
Diversity*

Katherine Desormeau (D.D.C. Bar ID
CA00024)
Ian Fein (D.D.C. Bar ID CA00014)
Michael E. Wall
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Tel.: (415) 875-6158
Fax: (415) 795-4799
E-mail: ifein@nrdc.org
E-mail: kdesormeau@nrdc.org
E-mail: mwall@nrdc.org
*Attorneys for Natural Resources Defense
Council*

Navajo Nation Department of Justice
P.O. Box 2010
Window Rock, AZ 86515
Tel.: (928) 871-6210
Fax: (928) 871-6177
E-mail: ebranch@nndoj.org
E-mail: pspruhan@nndoj.org
*Attorneys for Navajo Nation*

Jeff Rasmussen
Fredericks Peebles & Morgan LLP
1900 Plaza Drive
Louisville, CO 80027
Tel: (303) 673-9300
Fax: (303) 673-9155
E-mail: jrasmussen@ndnlaw.com
*Attorney for the Ute Indian Tribe*

Rollie Wilson
Fredericks Peebles & Morgan, LLP
401 9th Street, NW
Washington, DC 20004
Tel.: (202) 450-4887
Fax: (202) 450-5106
E-mail: rwilson@ndnlaw.com
*Attorney for the Ute Indian Tribe*

Sharon Buccino (Bar No. 432073)
Jacqueline M. Iwata (Bar No. 1047984)
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
Tel.: (202) 289-6868
Fax: (415) 795-4799
E-mail: sbuccino@nrdc.org
E-mail: jiwata@nrdc.org
*Attorneys for Natural Resources Defense
Council*

Stephen H.M. Bloch (*pro hac vice*)
Landon C. Newell
Laura E. Peterson
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, UT 84111
Tel: (801) 486-3161
Fax: (801) 486-4233
E-mail: steve@suwa.org
E-mail: landon@suwa.org
E-mail: laura@suwa.org
*Attorneys for Southern Utah Wilderness
Alliance*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| HOPI TRIBE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 17-cv-2590 (TSC) |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD J. TRUMP, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| UTAH DINÉ BIKÉYAH, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 17-cv-2605 (TSC) |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD J. TRUMP, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| NATURAL RESOURCES DEFENSE COUNCIL, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 17-cv-2606 (TSC) |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD J. TRUMP, *et al.*, | ) | |
| | ) | **CONSOLIDATED CASES** |
| Defendants. | ) | |
| | ) | |

**[PROPOSED] ORDER SETTING STATUS CONFERENCE**

Upon consideration of Plaintiffs' Motion for a Status Conference, it is hereby ordered

that the motion is GRANTED. A status conference is set for _____

_____, 2018, at _____ a.m./p.m. before Judge Tanya S. Chutkan in

Courtroom _____.

      IT IS SO ORDERED.


DATED: _____          _____
                               TANYA S. CHUTKAN
                               UNITED STATES DISTRICT COURT JUDGE


**Attorneys to be notified:**

Natalie Landreth
Native American Rights Fund
745 W. 4th Ave, Suite 502
Anchorage, AK 99501
Tel: (907) 257-0501
Fax: (907) 276-2466
E-mail: landreth@narf.org
*Attorney for the Hopi Tribe, Ute Mountain Ute Tribe, and Zuni Tribe*

Matthew Campbell
Native American Rights Fund
1506 Broadway
Boulder, CO 80302
Tel: (303) 447-8760
Fax: (303) 443-7776
E-mail: mcampbell@narf.org
*Attorney for the Hopi Tribe, Ute Mountain Ute Tribe, and Zuni Tribe*

Ethel Branch, Attorney General
Paul Spruhan, Assistant Attorney General
Navajo Nation Department of Justice
P.O. Box 2010
Window Rock, AZ 86515
Tel.: (928) 871-6210
Fax: (928) 871-6177
E-mail: ebranch@nndoj.org
E-mail: pspruhan@nndoj.org
*Attorneys for Navajo Nation*

Jeff Rasmussen

Fredericks Peebles & Morgan LLP
1900 Plaza Drive
Louisville, CO 80027
Tel: (303) 673-9300
Fax: (303) 673-9155
E-mail: jrasmussen@ndnlaw.com
*Attorney for the Ute Indian Tribe*

Rollie Wilson
Fredericks Peebles & Morgan, LLP
401 9th Street, NW
Washington, DC 20004
Tel.: (202) 450-4887
Fax: (202) 450-5106
E-mail: rwilson@ndnlaw.com
*Attorney for the Ute Indian Tribe*

James T. Banks
Adam M. Kushner
Douglas P. Wheeler III
Hunter J. Kendrick
Hogan Lovells U.S. LLP
555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
E-mail: james.banks@hoganlovells.com
E-mail: adam.kushner@hoganlovells.com
E-mail: douglas.wheeler@hoganlovells.com
E-mail: hunter.kendrick@hoganlovells.com
*Attorney for Plaintiffs Utah Diné Bikéyah, Friends of Cedar Mesa, Archaeology*
*Southwest, Conservation Lands Foundation, Inc., Patagonia Works, The Access Fund, the*
*National Trust for Historic Preservation, and the Society of Vertebrate Paleontology*

James Pew
Earthjustice
1625 Massachusetts Ave., NW, Suite 702
Washington, D.C. 20036
Tel.: (202) 667-4500
Fax: (202) 667-2356
Email: jpew@earthjustice.org
*Attorney for National Parks Conservation Association, The Wilderness Society, Grand Canyon*
*Trust, Great Old Broads for Wilderness, Western Watersheds Project, Sierra Club, Center for*
*Biological Diversity, WildEarth Guardians, and Defenders of Wildlife*

Heidi McIntosh
Yuting Yvonne Chi
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
Tel.: (303) 623-9466
Fax: (303) 623-8083
E-mail: hmcintosh@earthjustice.org
E-mail: ychi@earthjustice.org
*Attorneys for National Parks Conservation Association, The Wilderness Society, Grand Canyon Trust, Great Old Broads for Wilderness, Western Watersheds Project, Sierra Club, Center for Biological Diversity, WildEarth Guardians, and Defenders of Wildlife*

Sharon Buccino
Jacqueline M. Iwata
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, D.C. 20005
Tel.: (202) 289-6868
Fax: (415) 795-4799
E-mail: sbuccino@nrdc.org
E-mail: jiwata@nrdc.org
*Attorneys for Natural Resources Defense Council*

Katherine Desormeau
Ian Fein
Michael E. Wall
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Tel.: (415) 875-6158
Fax: (415) 795-4799
E-mail: kdesormeau@nrdc.org
E-mail: ifein@nrdc.org
E-mail: mwall@nrdc.org
*Attorneys for Natural Resources Defense Council*

Stephen H.M. Bloch
Landon C. Newell
Laura E. Peterson
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, UT 84111
Tel: (801) 486-3161
Fax: (801) 486-4233
E-mail: steve@suwa.org
E-mail: landon@suwa.org
E-mail: laura@suwa.org
*Attorneys for Southern Utah Wilderness Alliance*

Romney S. Philpott
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th St., #370
Denver, CO 80202
Phone: (303) 844-1810
Fax: (303) 844-1350
E-mail: Romney.Philpott@usdoj.gov
*Attorney for Defendants*

Judith E. Coleman
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Phone: (202) 514-3553
Fax: (202) 305-0506
Email: Judith.Coleman@usdoj.gov
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of August 2018, I filed the above pleading with the Court's CM/ECF system, which provided notice of this filing by e-mail to all counsel of record.

*/s/ Natalie A. Landreth*
Natalie A. Landreth