**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HOPI TRIBE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No. 17-cv-2590 (TSC) |
| UTAH DINÉ BIKÉYAH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No. 17-cv-2605 (TSC) |
| NATURAL RESOURCES DEFENSE COUNCIL, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No. 17-cv-2606 (TSC)<br><br>**CONSOLIDATED CASES** |

**UNOPPOSED MOTION TO RESCHEDULE STATUS CONFERENCE**

Plaintiffs in the above-captioned consolidated cases hereby jointly move the Court to reschedule the status conference in this case, currently set for September 13, 2018 at 10:30 a.m. Rescheduling the status conference is warranted due to the existing state of emergency in Virginia, Maryland and the District of Columbia, and the widespread disruptions predicted to occur in association with Hurricane Florence.

Counsel for Plaintiffs have conferred with counsel for the Federal Defendants, who indicated that they do not oppose the motion.

Dated: September 12, 2018

Respectfully submitted,

s/nlandreth

Natalie Landreth
Native American Rights Fund
745 W. 4th Ave, Suite 502
Anchorage, AK 99501
Tel: (907) 257-0501
Fax: (907) 276-2466
E-mail: landreth@narf.org
*Attorney for the Hopi Tribe, Ute Mountain Ute Tribe, and Zuni Tribe*

Matthew Campbell
Native American Rights Fund
1506 Broadway
Boulder, CO 80302
Tel: (303) 447-8760
Fax: (303) 443-7776
E-mail: mcampbell@narf.org
*Attorney for the Hopi Tribe, Ute Mountain Ute Tribe, and Zuni Tribe*

Ethel Branch, Attorney General
Paul Spruhan, Assistant Attorney General
Navajo Nation Department of Justice
P.O. Box 2010
Window Rock, AZ 86515
Tel.: (928) 871-6210

James T. Banks (Bar No. 261156)
Adam M. Kushner (Bar No. 426344)
Douglas P. Wheeler III (Bar No. 463959)
Hunter J. Kendrick (Bar No. 144629)
Hogan Lovells US LLP
555 Thirteenth Street NW
Washington, DC 20004
Tel.: (202) 637-5600
Fax: (202) 637-5910
E-mail: james.banks@hoganlovells.com
E-mail: adam.kushner@hoganlovells.com
E-mail: douglas.wheeler@hoganlovells.com
E-mail: hunter.kendrick@hoganlovells.com
*Attorneys for Plaintiffs Utah Diné Bikéyah, Friends of Cedar Mesa, Archaeology Southwest, Conservation Lands Foundation, Inc., Patagonia Works, The Access Fund, the National Trust for Historic Preservation, and the Society of Vertebrate Paleontology*

James Pew (Bar No. 448830)
Earthjustice
1625 Massachusetts Avenue, NW
Suite 702
Washington, DC 20036
Tel.: (202) 667-4500
Fax: (202) 667-2356
E-mail: jpew@earthjustice.org
*Attorney for The Wilderness Society, Defenders of Wildlife, Grand Canyon Trust, Great Old Broads for Wilderness; Western Watersheds Project, WildEarth Guardians, Sierra Club, and Center for Biological Diversity*

Heidi McIntosh (*pro hac vice*)
Yuting Yvonne Chi (*pro hac vice*)
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
Tel.: (303) 623-9466
Fax: (303) 623-8083
E-mail: hmcintosh@earthjustice.org
E-mail: ychi@earthjustice.org
*Attorneys for The Wilderness Society, Defenders of Wildlife, Grand Canyon Trust, Great Old Broads for Wilderness; Western Watersheds Project, WildEarth Guardians, Sierra Club, and Center for Biological Diversity*

Katherine Desormeau (D.D.C. Bar ID CA00024)
Ian Fein (D.D.C. Bar ID CA00014)
Michael E. Wall
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Tel.: (415) 875-6158
Fax: (415) 795-4799
E-mail: ifein@nrdc.org
E-mail: kdesormeau@nrdc.org
E-mail: mwall@nrdc.org

Fax: (928) 871-6177
E-mail: ebranch@nndoj.org
E-mail: pspruhan@nndoj.org
*Attorneys for Navajo Nation*

Jeff Rasmussen
Fredericks Peebles & Morgan LLP
1900 Plaza Drive
Louisville, CO 80027
Tel: (303) 673-9300
Fax: (303) 673-9155
E-mail: jrasmussen@ndnlaw.com
*Attorney for the Ute Indian Tribe*

Rollie Wilson
Fredericks Peebles & Morgan, LLP
401 9th Street, NW
Washington, DC 20004
Tel.: (202) 450-4887
Fax: (202) 450-5106
E-mail: rwilson@ndnlaw.com
*Attorney for the Ute Indian Tribe*

*Attorneys for Natural Resources Defense Council*

Sharon Buccino (Bar No. 432073)
Jacqueline M. Iwata (Bar No. 1047984)
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
Tel.: (202) 289-6868
Fax: (415) 795-4799
E-mail: sbuccino@nrdc.org
E-mail: jiwata@nrdc.org
*Attorneys for Natural Resources Defense Council*

Stephen H.M. Bloch (*pro hac vice*)
Landon C. Newell
Laura E. Peterson
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, UT 84111
Tel: (801) 486-3161
Fax: (801) 486-4233
E-mail: steve@suwa.org
E-mail: landon@suwa.org
E-mail: laura@suwa.org
*Attorneys for Southern Utah Wilderness Alliance*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

HOPI TRIBE, *et al.*,

Plaintiffs,

v.

DONALD J. TRUMP, *et al.*,

Defendants.

Case No. 17-cv-2590 (TSC)

UTAH DINÉ BIKÉYAH, *et al.*,

Plaintiffs,

v.

DONALD J. TRUMP, *et al.*,

Defendants.

Case No. 17-cv-2605 (TSC)

NATURAL RESOURCES DEFENSE COUNCIL, INC., *et al.*,

Plaintiffs,

v.

DONALD J. TRUMP, *et al.*,

Defendants.

Case No. 17-cv-2606 (TSC)

**CONSOLIDATED CASES**

**[PROPOSED] ORDER SETTING STATUS CONFERENCE**

Upon consideration of Plaintiffs' Unopposed Motion to Reschedule Status Conference, it is hereby ordered that the motion is GRANTED. A status conference is set for ______________

____________________, 2018, at _____________ a.m./p.m. before Judge Tanya S. Chutkan in Courtroom ________________.

IT IS SO ORDERED.

DATED: _____________________ _____________________________________________
TANYA S. CHUTKAN
UNITED STATES DISTRICT COURT JUDGE

**Attorneys to be notified:**

Natalie Landreth
Native American Rights Fund
745 W. 4th Ave, Suite 502
Anchorage, AK 99501
Tel: (907) 257-0501
Fax: (907) 276-2466
E-mail: landreth@narf.org
*Attorney for the Hopi Tribe, Ute Mountain Ute Tribe, and Zuni Tribe*

Matthew Campbell
Native American Rights Fund
1506 Broadway
Boulder, CO 80302
Tel: (303) 447-8760
Fax: (303) 443-7776
E-mail: mcampbell@narf.org
*Attorney for the Hopi Tribe, Ute Mountain Ute Tribe, and Zuni Tribe*

Ethel Branch, Attorney General
Paul Spruhan, Assistant Attorney General
Navajo Nation Department of Justice
P.O. Box 2010
Window Rock, AZ 86515
Tel.: (928) 871-6210
Fax: (928) 871-6177
E-mail: ebranch@nndoj.org
E-mail: pspruhan@nndoj.org
*Attorneys for Navajo Nation*

Jeff Rasmussen
Fredericks Peebles & Morgan LLP
1900 Plaza Drive
Louisville, CO 80027
Tel: (303) 673-9300
Fax: (303) 673-9155
E-mail: jrasmussen@ndnlaw.com
*Attorney for the Ute Indian Tribe*

Rollie Wilson
Fredericks Peebles & Morgan, LLP
401 9th Street, NW
Washington, DC 20004
Tel.: (202) 450-4887
Fax: (202) 450-5106
E-mail: rwilson@ndnlaw.com
*Attorney for the Ute Indian Tribe*

James T. Banks
Adam M. Kushner
Douglas P. Wheeler III
Hunter J. Kendrick
Hogan Lovells U.S. LLP
555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
E-mail: james.banks@hoganlovells.com
E-mail: adam.kushner@hoganlovells.com
E-mail: douglas.wheeler@hoganlovells.com
E-mail: hunter.kendrick@hoganlovells.com
*Attorney for Plaintiffs Utah Diné Bikéyah, Friends of Cedar Mesa, Archaeology Southwest, Conservation Lands Foundation, Inc., Patagonia Works, The Access Fund, the National Trust for Historic Preservation, and the Society of Vertebrate Paleontology*

James Pew
Earthjustice
1625 Massachusetts Ave., NW, Suite 702
Washington, D.C. 20036
Tel.: (202) 667-4500
Fax: (202) 667-2356
Email: jpew@earthjustice.org
*Attorney for National Parks Conservation Association, The Wilderness Society, Grand Canyon Trust, Great Old Broads for Wilderness, Western Watersheds Project, Sierra Club, Center for Biological Diversity, WildEarth Guardians, and Defenders of Wildlife*

Heidi McIntosh
Yuting Yvonne Chi
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
Tel.: (303) 623-9466
Fax: (303) 623-8083
E-mail: hmcintosh@earthjustice.org
E-mail: ychi@earthjustice.org
*Attorneys for National Parks Conservation Association, The Wilderness Society, Grand Canyon Trust, Great Old Broads for Wilderness, Western Watersheds Project, Sierra Club, Center for Biological Diversity, WildEarth Guardians, and Defenders of Wildlife*

Sharon Buccino
Jacqueline M. Iwata
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, D.C. 20005
Tel.: (202) 289-6868
Fax: (415) 795-4799
E-mail: sbuccino@nrdc.org
E-mail: jiwata@nrdc.org
*Attorneys for Natural Resources Defense Council*

Katherine Desormeau
Ian Fein
Michael E. Wall
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Tel.: (415) 875-6158
Fax: (415) 795-4799
E-mail: kdesormeau@nrdc.org
E-mail: ifein@nrdc.org
E-mail: mwall@nrdc.org
*Attorneys for Natural Resources Defense Council*

Stephen H.M. Bloch
Landon C. Newell
Laura E. Peterson
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, UT 84111
Tel: (801) 486-3161
Fax: (801) 486-4233
E-mail: steve@suwa.org
E-mail: landon@suwa.org
E-mail: laura@suwa.org
*Attorneys for Southern Utah Wilderness Alliance*

Romney S. Philpott
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th St., #370
Denver, CO 80202
Phone: (303) 844-1810
Fax: (303) 844-1350
E-mail: Romney.Philpott@usdoj.gov
*Attorney for Defendants*

Judith E. Coleman
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Phone: (202) 514-3553
Fax: (202) 305-0506
Email: Judith.Coleman@usdoj.gov
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of September 2018, I lodged the above pleading with the Court's CM/ECF system, which provided notice of this filing by e-mail to all counsel of record.

*/s/ Natalie A. Landreth*
Natalie A. Landreth