**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Hopi Tribe, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Donald J. Trump, *et al.*, <br><br> Defendants. | Case No. 1:17-cv-2590 (TSC) |
| Utah Diné Bikéyah, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Donald J. Trump, *et al.*, <br><br> Defendants. | Case No. 1:17-cv-2605 (TSC) |
| Natural Resources Defense Council, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Donald J. Trump, *et al.*, <br><br> Defendants. | Case No. 1:17-cv-2606 (TSC) |
| San Juan County, Utah, <br><br> Defendant-Intervenor. | **Consolidated Cases** |

**MOTION FOR BRIEFING SCHEDULE ON DEFENDANT-INTERVENORS' BRIEF IN
SUPPORT OF MOTION TO DISMISS**

Pursuant to this Court's Order dated January 11, 2019 (ECF No. 105), Defendant-Intervenors American Farm Bureau Federation and Utah Farm Bureau Federation, San Juan County, and the State of Utah[1] have conferred regarding a proposed briefing schedule to address Defendant-Intervenors' briefs in support of the pending motion to dismiss in *Hopi Tribe v. Trump*, 17-cv-2590 (ECF No. 49), as consolidated. Defendant-Intervenors have conferred with Federal Defendants, who do not object to the proposed briefing schedule. Defendant-Intervenors also conferred with Plaintiffs, who do object to the proposed briefing schedule.

Defendant-Intervenors jointly propose that Defendant-Intervenors file a single, joint brief in support of Federal Defendants' motion to dismiss on or before February 15, 2019, not to exceed sixty substantive pages.[2] Plaintiffs' joint response shall be filed on or before March 1, 2019, not to exceed sixty substantive pages, and any joint reply to Plaintiffs' response shall be filed on or before March 15, 2019, not to exceed thirty substantive pages. In the interest of judicial economy, Defendant-Intervenors will endeavor to eliminate any unnecessary repetition

---

[1] This Court previously granted the motion to intervene of Defendant-Intervenors Brandon Sulser, BigGame Forever, Sportsmen for Fish & Wildlife, the Utah Bowmen's Association, the Utah Wild Sheep Foundation, Michael Noel, Sandy Johnson, and Gail Johnson. Those Intervenors have already fully briefed the motion to dismiss and are not covered by this proposed scheduling order.

[2] "Substantive pages" excludes non-substantive sections of the brief—i.e., the caption page, table of contents, table of authorities, table of acronyms, and certificate of service.

of arguments made by Federal Defendants, and also propose that Plaintiffs be limited in their response to issues presented in Defendant-Intervenors' joint brief.

Respectfully submitted this 25th day of January, 2019.

| | |
|---|---|
| /s/ William G. Myers III | s/ Zhonette Brown |
| William G. Myers III, D.C. Bar No. 408573 | Zhonette Brown, D.C. Bar No. 463407 |
| HOLLAND & HART LLP | MOUNTAIN STATES LEGAL FOUNDATION |
| P.O. Box 2527 | 2596 South Lewis Way |
| Boise, Idaho 83701-2527 | Lakewood, Colorado 80227 |
| (208) 342-5000 | (303) 292-2021 |
| wmyers@hollandhart.com | (303) 292-1980 (facsimile) |
| Victoria A. Marquis (Montana Bar No. 13226) | zhonette@mountainstateslegal.com |
| *(admitted pro hac vice)* | |
| HOLLAND & HART LLP | *Attorney for Defendant-Intervenors Kane and Garfield Counties, Utah* |
| P.O. Box 639 | |
| Billings, Montana 59103 | |
| (406) 252-2166 | |
| vamarquis@hollandhart.com | |

*Attorneys for Defendant-Intervenors
American Farm Bureau Federation and Utah
Farm Bureau Federation*

/s/ Anthony L. Rampton
SEAN D. REYES
Utah Attorney General
TYLER R. GREEN
Utah Solicitor General
ANTHONY L. RAMPTON
KATHY A.F. DAVIS
DAVID N. WOLF
LANCE SORENSON
Assistant Attorneys General
DAVID HALVERSON
Special Assistant Attorney General
Utah Attorney General's Office
Utah State Capitol Complex
350 N. State Street, Suite 230
Salt Lake City, UT 84114-2320
(801) 538-9600

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing, which caused electronic notification of such filing to be sent to all counsel of record, as more fully reflected on the Notice of Electronic Filing.

*/s/ Zhonette M. Brown*
Zhonette M. Brown