**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| HOPI TRIBE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:17-cv-2590 (TSC) |
| v. | ) | |
| | ) | |
| DONALD J. TRUMP, *et al.*, | ) | |
| | ) | |
| Defendants, | ) | |
| and | ) | |
| | ) | |
| AMERICAN FARM BUREAU FEDERATION, *et al.*, | ) | |
| | ) | |
| Defendant-Intervenors. | ) | |
| | ) | |
| UTAH DINÉ BIKÉYAH, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 17-cv-2605 (TSC) |
| v. | ) | |
| | ) | |
| DONALD J. TRUMP, *et al.*, | ) | |
| | ) | |
| Defendants, | ) | |
| and | ) | |
| | ) | |
| AMERICAN FARM BUREAU FEDERATION, *et al.*, | ) | |
| | ) | |
| Defendant-Intervenors. | ) | |
| | ) | |
| NATURAL RESOURCES DEFENSE COUNCIL, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 17-cv-2606 (TSC) |
| v. | ) | |
| | ) | |
| DONALD J. TRUMP, *et al.*, | ) | |
| | ) | **CONSOLIDATED CASES** |

|  |  |
|---|---|
| Defendants, | ) |
| and | ) |
|  | ) |
| AMERICAN FARM BUREAU FEDERATION, *et al.*, | ) ) |
|  | ) |
| Defendant-Intervenors. | ) |
|  | ) |

**PLAINTIFFS' RESPONSE TO DEFENDANT-INTERVENORS' MOTION FOR BRIEFING SCHEDULE AND PROPOSED ORDER**

Pursuant to the Court's order of January 11, 2019 (ECF No. 105), Plaintiffs in the above-captioned cases hereby submit the following proposed briefing schedule as an alternative to Defendant-Intervenors' proposed briefing schedule, ECF No. 108 (Jan. 25, 2019):

- February 8, 2019: Defendant-Intervenors' single, joint brief in support of Federal Defendants' motion to dismiss, not to exceed sixty pages;

- March 1, 2019: Plaintiffs' sur-reply or sur-replies responding to Intervenors' brief, not to exceed twenty pages per brief (or twenty-five pages for a joint brief).[1]

This Court's rules require parties to confer before filing any non-dispositive motion. D.D.C. Local Civ. R. 7(m). Defendant-Intervenors failed to adhere to this requirement. Contrary to their statement that they "conferred with Plaintiffs, who do object to the proposed briefing schedule," Defendant-Intervenors never communicated to Plaintiffs the substance of their proposed scheduling order, but rather only provided Plaintiffs with a version that included substantially different dates. Plaintiffs, therefore, had no opportunity to object or consent to the proposed briefing schedule prior to it being filed. Plaintiffs, on the other hand, requested the

---

[1] This proposed schedule would allow Plaintiffs to file their sur-reply or sur-replies, if any, one week later than the plaintiffs in the related Grand Staircase cases. The allowance of one extra week reflects the additional time needed for the Bears Ears plaintiffs to coordinate their filings, given the larger number of Plaintiffs involved here. The Tribal Plaintiffs reserve their right to file their own brief, as permitted by the Court's order on consolidation. *See* ECF No. 32 at 2 (Feb. 15, 2018). UDB Plaintiffs and NRDC Plaintiffs will endeavor to file a joint brief, if any.

position of the Defendant-Intervenors and Defendants on this proposed briefing schedule but received no response.

Defendant-Intervenors are not entitled to file a reply brief because they are not "the moving party," D.D.C. Local Civ. R. 7(d), and the Court's January 11 order clearly does not contemplate multiple rounds of briefing by Defendant-Intervenors. On the contrary, the Court encouraged Defendant-Intervenors to consider jointly filing a "*single*, longer brief" in support of the federal defendants' motion. ECF No. 105 (emphasis added).

Plaintiffs' alternative schedule would conclude within just over a month and would allow timely resolution of Federal Defendants' pending motion. Neither Federal Defendants nor Defendant-Intervenors have responded to a request for their position on Plaintiffs' proposed briefing schedule.

Dated: January 26, 2019

Respectfully submitted,

| | |
|---|---|
| */s/ Matthew Campbell* | */s/ Heidi McIntosh* |
| Matthew Campbell | Heidi McIntosh (*pro hac vice*) |
| Native American Rights Fund | Yuting Yvonne Chi (*pro hac vice*) |
| 1506 Broadway | Earthjustice |
| Boulder, CO 80302 | 633 17th Street, Suite 1600 |
| (303) 447-8760 | Denver, CO 80202 |
| mcampbell@narf.org | (303) 623-9466 |
| | hmcintosh@earthjustice.org |
| Natalie Landreth | ychi@earthjustice.org |
| Native American Rights Fund | |
| 745 W. 4th Ave, Suite 502 | James Pew (Bar No. 448830) |
| Anchorage, AK 99501 | Earthjustice |
| (907) 257-0501 | 1625 Massachusetts Avenue, NW |
| landreth@narf.org | Suite 702 |
| | Washington, DC 20036 |
| | (202) 667-4500 |
| Attorneys for the Hopi Tribe, Ute Mountain Ute Tribe, and Zuni Tribe | jpew@earthjustice.org |
| | Attorneys for National Parks Conservation |
| */s/ Paul Spruhan* | Association, The Wilderness Society, |

3

Assistant Attorney General
Paul Spruhan, Assistant Attorney General
Navajo Nation Department of Justice
P.O. Box 2010
Window Rock, AZ 86515
(928) 871-6210
pspruhan@nndoj.org
*Attorney for Navajo Nation*

*/s/ Jeffrey Rasmussen*
Jeffrey S. Rasmussen
Rollie Wilson
Fredericks Peebles & Morgan LLP
1900 Plaza Drive
Louisville, CO 80027
(303)-673-9600
Jrasmussen@ndnlaw.com

*Attorneys for Ute Indian Tribe*

Lloyd B. Miller
Sonosky, Chambers, Sachse,
Miller & Monkman, LLP
725 East Firewood Lane Suite 420
Anchorage, AK 99503
(202) 682-0240
Lloyd@sonosky.net

*Attorney for Zuni Tribe*


*/s/ James Banks*
James T. Banks (Bar No. 261156)
Adam M. Kushner (Bar No. 426344)
Douglas P. Wheeler III (Bar No. 463959)
Hunter J. Kendrick (Bar No. 144629)
Thomas P. Schmidt (*pro hac vice*)
Hogan Lovells US LLP
555 Thirteenth Street NW
Washington, DC 20004
(202) 637-5600
james.banks@hoganlovells.com
adam.kushner@hoganlovells.com
douglas.wheeler@hoganlovells.com
hunter.kendrick@hoganlovells.com

Defenders of Wildlife, Grand Canyon Trust, Great Old Broads for Wilderness, Western Watersheds Project, WildEarth Guardians, Sierra Club, and Center for Biological Diversity


*/s/ Stephen Bloch*
Stephen H.M. Bloch (*pro hac vice*)
Landon C. Newell
Laura E. Peterson
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, UT 84111
(801) 486-3161
steve@suwa.org
landon@suwa.org
laura@suwa.org

*Attorneys for Southern Utah Wilderness Alliance*


*/s/ Katherine Desormeau*
Katherine Desormeau (D.D.C. Bar ID CA00024)
Ian Fein (D.D.C. Bar ID CA00014)
Michael E. Wall
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
(415) 875-6158
kdesormeau@nrdc.org
ifein@nrdc.org
mwall@nrdc.org

Sharon Buccino (Bar No. 432073)
Jacqueline M. Iwata (Bar No. 1047984)
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
(202) 289-6868
sbuccino@nrdc.org
jiwata@nrdc.org

4

thomas.schmidt@hoganlovells.com

*Attorneys for Utah Diné Bikéyah, Friends of Cedar Mesa, Archaeology Southwest, Conservation Lands Foundation, Inc., Patagonia Works, The Access Fund, the National Trust for Historic Preservation, and the Society of Vertebrate Paleontology*

*Attorneys for Natural Resources Defense Council*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26 day of January, 2019, I filed the above pleading with the Court's CM/ECF system, which provided notice of this filing by e-mail to all counsel of record.

*/s/ Matthew Campbell*
Matthew Campbell

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| HOPI TRIBE, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:17-cv-2590 (TSC) |
| v. | ) ) | |
| DONALD J. TRUMP, *et al.*, | ) ) | |
| Defendants, and | ) ) ) | |
| AMERICAN FARM BUREAU FEDERATION, *et al.*, | ) ) ) | |
| Defendant-Intervenors. | ) ) ) | |
| UTAH DINÉ BIKÉYAH, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 17-cv-2605 (TSC) |
| v. | ) ) | |
| DONALD J. TRUMP, *et al.*, | ) ) | |
| Defendants, and | ) ) ) | |
| AMERICAN FARM BUREAU FEDERATION, *et al.*, | ) ) ) | |
| Defendant-Intervenors. | ) ) ) | |
| NATURAL RESOURCES DEFENSE COUNCIL, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 17-cv-2606 (TSC) |
| v. | ) ) | |
| DONALD J. TRUMP, *et al.*, | ) ) | **CONSOLIDATED CASES** |

|  |  |
|---|---|
| Defendants, | ) |
| and | ) |
|  | ) |
| AMERICAN FARM BUREAU FEDERATION, *et al.*, | ) ) |
|  | ) |
| Defendant-Intervenors. | ) |
|  | ) |

**[PROPOSED] ORDER REGARDING BRIEFING SCHEDULE**

Upon consideration of the Defendant-Intervenors' Motion for Briefing Schedule in Support of Motion to Dismiss and Plaintiffs' Proposed Alternative Schedule, it is hereby ordered the Defendant-Intervenors' proposed schedule is DENIED and Plaintiffs' proposed schedule is GRANTED. Defendant-Intervenors shall file a single, joint brief in support of Federal Defendants' motion to dismiss on or before February 8, 2019. Plaintiffs shall file their sur-reply or sur-replies, if any, responding to Intervenors' brief on or before March 1, 2019.

Additionally, a hearing on the Motion to Dismiss is set for _____.

It is so ORDERED.

DATED: _____          _____
                                                             TANYA S. CHUTKAN
                                                             UNITED STATES DISTRICT COURT JUDGE