## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOPI TRIBE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 1:17-cv-02590 (TSC) |
| UTAH DINÉ BIKÉYAH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 1:17-cv-02605 (TSC) |
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 1:17-cv-02606 (TSC) <br><br> **CONSOLIDATED CASES** |

**FEDERAL DEFENDANTS' RESPONSE TO MOTION FOR BRIEFING SCHEDULE**

1

Federal Defendants hereby respond to Defendant-Intervernors' Motion for Briefing Schedule on Defendant-Intervernors' Brief in Support of Motion to Dismiss, ECF No. 108, and Plaintiffs' response thereto, proposing an alternative schedule.  ECF No. 109.

Regardless of which briefing schedule the Court adopts, the Court should also order that the Plaintiffs' arguments in their response to Defendant-Intervenors' brief must be limited to addressing the arguments raised in Defendant-Intervenors' brief (excluding any arguments made solely by incorporation by reference of arguments made in Federal Defendants' briefs). Federal Defendants raised this issue in an email to all counsel on January 24, 2019.

Respectfully submitted this 29th day of January, 2019,

JEAN D. WILLIAMS
Deputy Assistant Attorney General

   /s/ *Romney S. Philpott*
Romney S. Philpott
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th St., #370
Denver, CO 80202
Phone:  303-844-1810
Fax:  303-844-1350
E-mail:  Romney.Philpott@usdoj.gov

Judith E. Coleman
U.S. Department of Justice,
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Phone:  202-514-3553
Fax:  202-305-0506
Email:  Judith.Coleman@usdoj.gov

Attorneys for Federal Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of January, 2019, I filed the above pleading with the Court's CM/ECF system, which provided notice of this filing by e-mail to all counsel of record.

/s/ *Romney S. Philpott*
Romney S. Philpott