## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOPI TRIBE, *et al.*,                    ) | |
| )                                         | |
| Plaintiffs,                           ) | |
| )                                         | |
| v.                                        ) | Case No. 1:17-cv-02590 (TSC) |
| )                                         | |
| DONALD J. TRUMP, in his official          ) | |
| Capacity as President of the United States, ) | |
| *et al.,*                                 ) | |
| Defendants.                           ) | |
| _____ ) | |
| )                                         | |
| UTAH DINE BIKEYAH, et al.                 ) | |
| )                                         | |
| Plaintiffs,                           ) | |
| )                                         | Case No. 1:17-cv-02605 (TSC) |
| v.                                        ) | |
| )                                         | |
| DONALD J. TRUMP, in his official          ) | |
| Capacity as President of the United States, ) | |
| *et al.,*                                 ) | |
| )                                         | |
| Defendants                            ) | |
| _____ ) | |
| )                                         | |
| NATURAL RESOURCES DEFENSE                 ) | |
| COUNCIL, *et al.*                         ) | |
| )                                         | |
| Plaintiffs,                           ) | |
| )                                         | Case No. 1:17-cv-02606 (TSC) |
| v.                                        ) | |
| )                                         | |
| DONALD7 J. TRUMP, in his official capacity ) | |
| as President of the United States,        ) | |
| *et al.,*                                 ) | |
| )                                         | |
| Defendants.                           ) | |
| _____ ) | |

**NOTICE OF CHANGE OF FIRM NAME**

Pursuant to LCvR 5.1(c) (1), notice is hereby given that effective April 4, 2019, Fredericks Peebles & Morgan LLP has changed its name to Fredericks Peebles & Patterson LLP. The Firm's and its lawyers' addresses, phone numbers, fax numbers, and email addresses have not been affected by this change.

Dated this 4th day of April, 2019.

FREDERICKS PEEBLES & PATTERSON LLP

By: *s/Jeffrey S. Rasmussen*
Jeffrey S. Rasmussen, *Pro Hac Vice*
Jeremy J. Patterson, *Pro Hac Vice*
Katie D. Frayler, *Pro Hac Vice*
Chloe E. Bourne, *Pro Hac Vice*
FREDERICKS PEEBLES & MORGAN LLP
1900 Plaza Drive
Louisville, CO 80027
Telephone: (303) 673-9600
Facsimile: (303) 673-9155
Email: jrasmussen@ndnlaw.com

And

Rollie E. Wilson, D.C. Bar No. 1008022
FREDERICKS PEEBLES & PATTERSON LLP
401 9th St., N.W., Suite 700
Washington, D.C. 20004

Attorneys for Ute Tribe of the Uintah and Ouray Reservation

3

## CERTIFICATE OF SERVICE

      I hereby certify that on the 4th day of April, 2019, I electronically filed the foregoing **NOTICE OF CHANGE OF FIRM NAME**, with the Clerk of the Court via the CM/ECF filing system, which will send notification of such filing to all counsel of record and I served the same via U.S. Mail to the below listed parties:

Ethel Billie Branch
NAVAJO NATION DEPARTMENT OF JUSTICE
P.O. Box 2010
Window Rock, AZ 86515

Justin Robert Pidot
UNIVERSITY OF DENVER STURM COLLEGE OF LAW
2255 East Evans Avenue
Denver, CO 80208

Thomas P. Schmidt
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022

                                          */s/ Sarah M. Harrington*
                                          Sarah M. Harrington, Legal Assistant