**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Hopi Tribe, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>Donald J. Trump, *et al.*,<br><br>    Defendants. | Case No. 1:17-cv-2590 (TSC) |
| Utah Diné Bikéyah, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>Donald J. Trump, *et al.*,<br><br>    Defendants. | Case No. 1:17-cv-2605 (TSC) |
| Natural Resources Defense Council, Inc., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>Donald J. Trump, *et al.*,<br><br>    Defendants. | Case No. 1:17-cv-2606 (TSC) |
| San Juan County, Utah,<br><br>    Defendant-Intervenor. | **Consolidated Cases** |

**UNOPPOSED MOTION OF SAN JUAN COUNTY, UTAH TO
WITHDRAW AS DEFENDANT-INTERVENOR**

Pursuant to Rules 21 and 24 of the Federal Rules of Civil Procedure, Defendant-Intervenor San Juan County, Utah ("San Juan") respectfully moves for an order permitting San Juan's withdrawal from this action as a Defendant-Intervenor. At the time San Juan moved for intervention, the County Commission supported the intervention. Following the recent election of a new County Commission in San Juan County, the County Commission no longer supports San Juan's involvement in this litigation. Upon full consideration San Juan now seeks withdrawal from this lawsuit.

Counsel for San Juan has conferred with counsel for Plaintiffs, Defendants, and other Defendant Intervenors, and no party objects to San Juan's withdrawal.

Respectfully submitted this 16th day of April, 2019.

s/ Zhonette Brown
Zhonette Brown, D.C. Bar No. 463407
David C. McDonald (*pro hac vice pending*)
MOUNTAIN STATES LEGAL
FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
zhonette@mslegal.org
dmcdonald@mslegal.org

*Attorneys for Defendant-Intervenor San Juan County, Utah*

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing, which caused electronic notification of such filing to be sent to all counsel of record, as more fully reflected on the Notice of Electronic Filing.

*/s/ Andrea Rosso*