**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| HOPI TRIBE, *et al*., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:17-cv-02590 (TSC) |
| | ) | |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al*., | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| UTAH DINÉ BIKÉYAH, *et al*., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:17-cv-02605 (TSC) |
| | ) | |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al*., | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| NATURAL RESOURCES DEFENSE COUNCIL, *et al*., | ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 1:17-cv-02606 (TSC) |
| v. | ) | |
| | ) | |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al*., | ) ) ) | **CONSOLIDATED CASES** |
| | ) | |
| Defendants. | ) | |

**FEDERAL DEFENDANTS' AND PLAINTIFFS' JOINT UNOPPOSED MOTION TO**
**SET ORAL ARGUMENT ON FEDERAL DEFENDANTS' MOTION TO DISMISS**

Defendants Donald J. Trump *et al.* (collectively, "Federal Defendants") and Plaintiffs Hopi Tribe, Navajo Nation, Ute Indian Tribe, Ute Mountain Ute Tribe, and Zuni Tribe (the "Tribal Plaintiffs"), Utah Dine Bikeyah *et al.*, and Natural Resources Defense Council *et al.*, (collectively, "Plaintiffs") respectfully move the Court to set a hearing date for oral argument on the Federal Defendants' motion to dismiss in the above-captioned consolidated cases (ECF No. 49).

These cases challenge the 2017 Proclamation that excluded public land from the Bears Ears National Monument.  The Federal Defendants' motion is now fully briefed, making appropriate an expeditious hearing and resolution of the motion.  Because the President's action on the Bears Ears National Monument raises novel and significant statutory and constitutional issues, oral argument would allow the parties to respond to any questions the Court may have and facilitate the efficient resolution of the case.[1]

Plaintiffs' counsel have conferred with Intervenors American Farm Bureau Federation, Utah Farm Bureau Federation, the State of Utah, and Brandon Sulser *et al.* about their positions on the request to set a hearing date.  No Intervenor opposes the motion.

Because the Court may wish to hear arguments in these cases together with arguments on Federal Defendants' motion to dismiss in the related consolidated cases involving Bears Ears National Monument, *The Wilderness Society v. Trump*, Case No. 1:17-cv-02587-TSC (ECF No.

---

[1] Plaintiffs also note that the Bureau of Land Management ("BLM") is continuing to prepare monument management plans (MMPs) for the lands that remain in the Bears Ears National Monument.  *See* U.S. Dep't of the Interior, Bureau of Land Mgmt., Bears Ears National Monument: Draft Monument Management Plans and Environmental Impact Statement Executive Summary (August 2018), https://eplanning.blm.gov/epl-front-office/projects/lup/94490/188907/154290/188907/BENM_Draft_MMPs-EIS_Executive_Summary.pdf (last visited May 6, 2019).  The BLM estimates that later this year it will publish the final MMPs and EIS, and the BLM and the Forest Service subsequently will issue final decisions.

49), counsel have also conferred with counsel for all parties in that case.  No parties in *The Wilderness Society* object to the motion.  In fact, a joint motion asking the Court to set oral argument is simultaneously being filed in that case.

To facilitate the scheduling of a hearing, Plaintiffs have surveyed counsel for all parties in both sets of consolidated cases for their availability through July 31, 2019, and endeavored to determine the dates that would accommodate the largest number of parties.  Based on this survey, the dates that accommodate the largest number of parties are July 16–19 and July 22–26, 2019.  Counsel for all parties are available for a hearing on July 22 or 23; however, counsel for some intervenors are unavailable during the other dates in this range.[2]  Recognizing that there are challenges in setting a schedule accommodating all of the participants, Movants respectfully seek an expeditious hearing on the motion in order to facilitate a prompt resolution of the motion to dismiss.

A proposed order setting the hearing date is attached.

Respectfully submitted this 9th day of May 2019,

.

<table>
<tr><td>    s/nlandreth                    </td><td>    s/ Romney S. Philpott       </td></tr>
<tr><td>Natalie Landreth</td><td>Romney S. Philpott</td></tr>
<tr><td>Native American Rights Fund</td><td>U.S. Department of Justice</td></tr>
<tr><td>745 W. 4th Ave, Suite 502</td><td>Environment and Natural Resources Division</td></tr>
<tr><td>Anchorage, AK 99501</td><td>Natural Resources Section</td></tr>
<tr><td>Tel: (907) 257-0501</td><td>999 18th St., #370</td></tr>
<tr><td>Fax: (907) 276-2466</td><td>Denver, CO 80202</td></tr>
<tr><td>E-mail: landreth@narf.org</td><td>Phone: (303) 844-1810</td></tr>
<tr><td></td><td>Fax: (303) 844-1350</td></tr>
<tr><td>*Attorney for the Hopi Tribe, Ute Mountain Ute Tribe, and Zuni Tribe*</td><td>E-mail: Romney.Philpott@usdoj.gov</td></tr>
</table>

Matthew Campbell

---

[2] Counsel for Farm Bureau Intervenors are unavailable July 24–26, and counsel for Farm Bureau Intervenors and Brandon Sulser *et al.* Intervenors are unavailable July 16–19.

Native American Rights Fund
1506 Broadway
Boulder, CO 80302
Tel: (303) 447-8760
Fax: (303) 443-7776
E-mail: mcampbell@narf.org

*Attorney for the Hopi Tribe, Ute Mountain
Ute Tribe, and Zuni Tribe*

Doreen McPaul, Attorney General
Paul Spruhan, Assistant Attorney General
Navajo Nation Department of Justice
P.O. Box 2010
Window Rock, AZ 86515
Tel.: (928) 871-6210
Fax: (928) 871-6177
E-mail: ebranch@nndoj.org
E-mail: pspruhan@nndoj.org

*Attorneys for Navajo Nation*

Jeff Rasmussen
Fredericks Peebles & Morgan LLP
1900 Plaza Drive
Louisville, CO 80027
Tel: (303) 673-9300
Fax: (303) 673-9155
E-mail: jrasmussen@ndnlaw.com

*Attorney for the Ute Indian Tribe*

Rollie Wilson
Fredericks Peebles & Morgan, LLP
401 9th Street, NW
Washington, DC 20004
Tel.: (202) 450-4887
Fax: (202) 450-5106
E-mail: rwilson@ndnlaw.com

*Attorney for the Ute Indian Tribe*

Jeffrey S. Rasmussen
FREDERICKS PEEBLES & MORGAN LLP
1900 Plaza Drive
Louisville, CO 80027

Judith E. Coleman
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Phone: (202) 514-3553
Fax: (202) 305-0506
Email: Judith.Coleman@usdoj.gov
*Attorney for Defendants*

*Attorneys for Defendants*

James T. Banks (Bar No. 261156)
Adam M. Kushner (Bar No. 426344)
Douglas P. Wheeler III (Bar No. 463959)
Hunter J. Kendrick (Bar No. 144629)
Hogan Lovells US LLP
555 Thirteenth Street NW
Washington, DC 20004
Tel.: (202) 637-5600
Fax: (202) 637-5910
E-mail: james.banks@hoganlovells.com
E-mail: adam.kushner@hoganlovells.com
E-mail: douglas.wheeler@hoganlovells.com
E-mail: hunter.kendrick@hoganlovells.com

*Attorneys for Plaintiffs Utah Diné
Bikéyah, Friends of Cedar Mesa,
Archaeology Southwest, Conservation Lands
Foundation, Inc., Patagonia
Works, The Access Fund, the National
Trust for Historic Preservation, and the
Society of Vertebrate Paleontology*

Sharon Buccino (Bar No. 432073)
Jacqueline M. Iwata (Bar No. 1047984)
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
Tel.: (202) 289-6868
Fax: (415) 795-4799
E-mail: sbuccino@nrdc.org
E-mail: jiwata@nrdc.org

USA
(303)-673-9600
Fax: (303)-673-9155
Email:Jrasmussen@ndnlaw.com

*Attorneys for Plaintiff Ute Indian Tribe*

Lloyd B. Miller
SONOSKY, CHAMBERS, SACHSE,
MILLER & MONKMAN, LLP
725 East Firewood Lane Suite 420
Anchorage, AK 99503
(202) 682-0240
Fax: (202) 682-0249
Email:Lloyd@sonosky.Net

David Mielke
SONOSKY, CHAMBERS, SACHSE,
MILLER, MIELKE & BROWNELL LLP
500 Marquette Avenue, NW
Suite 660
Albuquerque, NM 87102
Phone: (505) 247-0147
Fax: (505) 843-6912
Email: dmielke@abqsonosky.com

*Attorneys for Plaintiff Zuni Tribe*

Heidi McIntosh (*pro hac vice*)
Yuting Yvonne Chi (*pro hac vice*)
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
Tel.: (303) 623-9466
Fax: (303) 623-8083
E-mail: hmcintosh@earthjustice.org
E-mail: ychi@earthjustice.org

*Attorneys for Natural Resource Defense
Fund, The Wilderness Society, Defenders of
Wildlife, Grand Canyon Trust, Great Old
Broads for Wilderness; Western Watersheds
Project, WildEarth Guardians, Sierra Club,
and Center for Biological Diversity*

*Attorneys for Natural Resources Defense
Council*

James Pew (Bar No. 448830)
Earthjustice
1625 Massachusetts Avenue, NW
Suite 702
Washington, DC 20036
Tel.: (202) 667-4500
Fax: (202) 667-2356
E-mail: jpew@earthjustice.org
*Attorney for The Wilderness Society,
Defenders of Wildlife, Grand Canyon Trust,
Great Old Broads for Wilderness; Western
Watersheds Project, WildEarth Guardians,
Sierra Club, and Center for Biological
Diversity*

Stephen H.M. Bloch (*pro hac vice*)
Landon C. Newell
Laura E. Peterson
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, UT 84111
Tel: (801) 486-3161
Fax: (801) 486-4233
E-mail: steve@suwa.org
E-mail: landon@suwa.org
E-mail: laura@suwa.org

*Attorneys for Southern Utah Wilderness
Alliance*

Katherine Desormeau (D.D.C. Bar ID
CA00024)
Ian Fein (D.D.C. Bar ID CA00014)
Michael E. Wall
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Tel.: (415) 875-6158
Fax: (415) 795-4799
E-mail: kdesormeau@nrdc.org
E-mail: ifein@nrdc.org
E-mail: mwall@nrdc.org
*Attorneys for Natural Resources Defense
Council*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of May, 2019, I filed the above motion with the

Court's CM/ECF system, which provided notice of this filing by e-mail to all counsel of record.


*/s/ Romney S. Philpott*
Romney S. Philpott