**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| HOPI TRIBE, *et al.*, | ) | Case No. 17-cv-2590 (TSC) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD J. TRUMP, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| UTAH DINÉ BIKÉYAH, *et al.*, | ) | Case No. 17-cv-2605 (TSC) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD J. TRUMP, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| NATURAL RESOURCES DEFENSE COUNCIL, INC., *et al.*, | ) | Case No. 17-cv-2606 (TSC) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **CONSOLIDATED CASES** |
| | ) | |
| DONALD J. TRUMP, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| AMERICAN FARM BUREAU FEDERATION, *et al.*, | ) | |
| | ) | |
| Defendant-Intervenors. | ) | |

**PLAINTIFFS' MOTION FOR STATUS CONFERENCE**

Plaintiffs in the above-captioned cases respectfully request that the Court schedule a status conference at the Court's earliest convenience to discuss the federal government's recent issuance of a proposed management plan for Bears Ears National Monument. Plaintiffs have conferred with Federal Defendants and with all Defendant-Intervenors about this request for a status conference. Plaintiffs recognize that moving parties have been directed by this Court to indicate whether or not a motion is opposed, but the Defendants and Defendant-Intervenors indicated they would like to see this motion before taking a position.

Plaintiffs are aware that the plaintiffs in the Grand Staircase docket have filed a motion requesting a status conference. *See* Plaintiffs' Unopposed Motion for a Status Conference, ECF No. 105, *The Wilderness Society v. Trump*, No. 17-2587 (TSC) (July 30, 2019). Given the overlapping issues, and in the interests of judicial economy, Plaintiffs respectfully submit that a single status conference for both sets of cases may be desirable in order to keep the cases on similar schedules. Plaintiffs in the Grand Staircase docket have advised the undersigned counsel that they consent to a joint hearing if the Court so desires.

On July 26, 2019, the federal Bureau of Land Management (BLM) published its final proposed management plan for what remains of Bears Ears National Monument.[1] Pursuant to the President's Proclamation No. 9681, 82 Fed. Reg. 58,081 (Dec. 4, 2017)—which Plaintiffs' complaints allege illegally removed roughly 85% of the federal lands from Bears Ears National

---

[1] *See* BLM, *Bears Ears National Monument: Proposed Monument Management Plans and Final Environmental Impact Statement* (July 26, 2019), at https://bit.ly/2kWhzSw; *see also* BLM, *Notice of Availability of the Bears Ears National Monument Indian Creek and Shash Jáa Units Proposed Monument Management Plans and Final Environmental Impact Statement*, 84 Fed. Reg. 36118-01 (July 26, 2019).

Monument—BLM's monument management plan covers only two small units of the original 1.35-million-acre Monument, leaving the remainder without monument protections. BLM's publication of the plan triggers a 30-day protest period, after which BLM may formally adopt the plan in a final record of decision. *See* 43 C.F.R. § 1610.5-1.

Plaintiffs anticipate challenging certain aspects of BLM's management plan, including its failure to protect the entire 1.35 million acres of Bears Ears National Monument as required by Presidential Proclamation No. 9558, 82 Fed. Reg. 1139 (Dec. 28, 2016). Because any such challenges will necessarily implicate the core legal issue already pending before this Court—i.e., the President's lack of authority to remove land from a national monument—Plaintiffs wish to update the court on those developments.

Plaintiffs therefore request a status conference at the Court's earliest convenience to discuss issues relating to BLM's monument management plan and its potential impact on the pending litigation.

Dated: August 13, 2019                                    Respectfully submitted,


                                                          *s/nlandreth*
                                                          Natalie Landreth (D.D.C. Bar AK0001)
Adam M. Kushner (DC Bar # 426344)                         Native American Rights Fund
Douglas P. Wheeler III (DC Bar # 463959)                  745 W. 4th Ave, Suite 502
Hunter J. Kendrick (DC Bar # 144629)                      Anchorage, AK 99501
Hogan Lovells US LLP                                      Tel: (907) 257-0501
555 Thirteenth Street NW                                  Fax: (907) 276-2466
Washington, DC 20004                                      E-mail: landreth@narf.org
Telephone: 202-637-5600                                   *Attorney for the Hopi Tribe, Ute Mountain*
Fax: 202-637-5910                                         *Ute Tribe, and Zuni Tribe*
Email: adam.kushner@hoganlovells.com
Email: douglas.wheeler@hoganlovells.com
Email: hunter.kendrick@hoganlovells.com                   Matthew Campbell
                                                          Native American Rights Fund
                                                          1506 Broadway
Thomas P. Schmidt (*pro hac vice*)                        Boulder, CO 80302
Hogan Lovells US LLP                                      Tel: (303) 447-8760
875 Third Avenue                                          Fax: (303) 443-7776

New York, NY 10022
Telephone: 212-918-3000
Fax: 212-918-3100
Email: thomas.schmidt@hoganlovells.com

*Attorneys for Plaintiffs Utah Diné Bikéyah,
Friends of Cedar Mesa, Archaeology
Southwest, Conservation Lands Foundation,
Inc., Patagonia Works, The Access Fund, the
National Trust for Historic Preservation,
and the Society of Vertebrate Paleontology*

Heidi McIntosh (*pro hac vice*)
Yuting Yvonne Chi (*pro hac vice*)
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
Tel.: (303) 623-9466
Fax: (303) 623-8083
E-mail: hmcintosh@earthjustice.org
E-mail: ychi@earthjustice.org
*Attorneys for The Wilderness Society,
Defenders of Wildlife, Grand Canyon Trust,
Great Old Broads for Wilderness; Western
Watersheds Project, WildEarth Guardians,
Sierra Club, and Center for Biological
Diversity*

_James Pew (Bar No. 448830)_
_Earthjustice_
_1625 Massachusetts Avenue, NW_
_Suite 702_
_Washington, DC 20036_
_Tel.: (202) 667-4500_
_Fax: (202) 667-2356_
_E-mail: jpew@earthjustice.org_
_Attorney for The Wilderness Society,_
_Defenders of Wildlife, Grand Canyon Trust,_
_Great Old Broads for Wilderness; Western_
_Watersheds Project, WildEarth Guardians,_
_Sierra Club, and Center for Biological_
_Diversity_

Sharon Buccino (Bar. No 432073)
Jacqueline M. Iwata (Bar No. 1047984)
Natural Resources Defense Council

E-mail: mcampbell@narf.org
*Attorney for the Hopi Tribe, Ute Mountain
Ute Tribe, and Zuni Tribe*

Paul Spruhan, Assistant Attorney General
Navajo Nation Department of Justice
P.O. Box 2010
Window Rock, AZ 86515
Tel.: (928) 871-6210
Fax: (928) 871-6177
E-mail: ebranch@nndoj.org
E-mail: pspruhan@nndoj.org
*Attorneys for Navajo Nation*

Jeff Rasmussen
Fredericks Peebles & Morgan LLP
1900 Plaza Drive
Louisville, CO 80027
Tel: (303) 673-9300
Fax: (303) 673-9155
E-mail: jrasmussen@ndnlaw.com
*Attorney for the Ute Indian Tribe*

Rollie Wilson
Fredericks Peebles & Morgan, LLP
401 9th Street, NW
Washington, DC 20004
Tel.: (202) 450-4887
Fax: (202) 450-5106
E-mail: rwilson@ndnlaw.com
*Attorney for the Ute Indian Tribe*

Lloyd Miller
Whitney Leonard
SONOSKY, CHAMBERS, SACHSE,
MILLER & MONKMAN LLP
725 East Fireweed Lane
Suite 420
Anchorage, AK 99503
Phone: (907) 258-6377
Fax: (907) 272-8332
Email: lloyd@sonosky.net
_Attorneys for the Zuni Tribe_

David Mielke

1152 15th Street NW, Suite 300
Washington, DC 20005
Tel.: (202) 289-6868
Fax: (415) 795-4799
E-mail: sbuccino@nrdc.org
E-mail: jiwata@nrdc.org
*Attorneys for Natural Resources Defense
Council*

Katherine Desormeau (D.D.C. Bar ID
CA00024)
Ian Fein (D.D.C. Bar ID CA00014)
Michael E. Wall
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Tel.: (415) 875-6158
Fax: (415) 795-4799
E-mail: ifein@nrdc.org
E-mail: kdesormeau@nrdc.org
E-mail: mwall@nrdc.org
*Attorneys for Natural Resources Defense
Council*

Stephen H.M. Bloch (*pro hac vice*)
Landon C. Newell
Laura E. Peterson
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, UT 84111
Tel: (801) 486-3161
Fax: (801) 486-4233
E-mail: steve@suwa.org
E-mail: landon@suwa.org
E-mail: laura@suwa.org
*Attorneys for Southern Utah Wilderness
Alliance*

SONOSKY, CHAMBERS, SACHSE,
MILLER, MIELKE & BROWNELL LLP
500 Marquette Avenue, NW
Suite 660
Albuquerque, NM 87102
Phone: (505) 247-0147
Fax: (505) 843-6912
Email: dmielke@abqsonosky.com
*Attorney for the Zuni Tribe*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of August 2019, I filed the above pleading with the Court's CM/ECF system, which provided notice of this filing by e-mail to all counsel of record.


*/s/ Natalie A. Landreth*
Natalie A. Landreth