**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| HOPI TRIBE, *et al.*, | ) | Case No. 17-cv-2590 (TSC) |
| Plaintiffs, | ) | |
| v. | ) | |
| DONALD J. TRUMP, *et al.*, | ) | |
| Defendants. | ) | |
| UTAH DINÉ BIKÉYAH, *et al.*, | ) | Case No. 17-cv-2605 (TSC) |
| Plaintiffs, | ) | |
| v. | ) | |
| DONALD J. TRUMP, *et al.*, | ) | |
| Defendants. | ) | |
| NATURAL RESOURCES DEFENSE COUNCIL, INC., *et al.*, | ) | Case No. 17-cv-2606 (TSC) |
| Plaintiffs, | ) | |
| v. | ) | **CONSOLIDATED CASES** |
| DONALD J. TRUMP, *et al.*, | ) | |
| Defendants. | ) | |
| AMERICAN FARM BUREAU FEDERATION, *et al.*, | ) | |
| Defendant-Intervenors. | ) | |

**PLAINTIFFS' REQUEST FOR CLARIFICATION ON STATUS CONFERENCE**

Plaintiffs in the above-captioned cases respectfully request clarification on the order setting a status conference for October 7, 2019. Plaintiffs filed the request for a status conference and set forth pertinent issues that warrant the Court's attention, Dkt. no. 137, but they also note that the May 19, 2019 joint motion for oral argument on the motions to dismiss is also pending. Dkt. no. 134. In order to be as efficient as possible in both their preparation for and presentation to the Court on October 7, Plaintiffs respectfully request clarification as to whether counsel will also be expected to present argument on the motions to dismiss at that status conference.

Dated: September 23, 2019

Respectfully submitted,

Adam M. Kushner (DC Bar # 426344)
Douglas P. Wheeler III (DC Bar # 463959)
Hunter J. Kendrick (DC Bar # 144629)
Hogan Lovells US LLP
555 Thirteenth Street NW
Washington, DC 20004
Telephone: 202-637-5600
Fax: 202-637-5910
Email: adam.kushner@hoganlovells.com
Email: douglas.wheeler@hoganlovells.com
Email: hunter.kendrick@hoganlovells.com

Thomas P. Schmidt (*pro hac vice*)
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
Telephone: 212-918-3000
Fax: 212-918-3100
Email: thomas.schmidt@hoganlovells.com

*Attorneys for Plaintiffs Utah Diné Bikéyah, Friends of Cedar Mesa, Archaeology Southwest, Conservation Lands Foundation, Inc., Patagonia Works, The Access Fund, the National Trust for Historic Preservation,*

*s/nlandreth*
Natalie Landreth (D.D.C. Bar AK0001)
Native American Rights Fund
745 W. 4th Ave, Suite 502
Anchorage, AK 99501
Tel: (907) 257-0501
Fax: (907) 276-2466
E-mail: landreth@narf.org
*Attorney for the Hopi Tribe, Ute Mountain Ute Tribe, and Zuni Tribe*

Matthew Campbell
Native American Rights Fund
1506 Broadway
Boulder, CO 80302
Tel: (303) 447-8760
Fax: (303) 443-7776
E-mail: mcampbell@narf.org
*Attorney for the Hopi Tribe, Ute Mountain Ute Tribe, and Zuni Tribe*

Paul Spruhan, Assistant Attorney General
Navajo Nation Department of Justice
P.O. Box 2010
Window Rock, AZ 86515
Tel.: (928) 871-6210
Fax: (928) 871-6177

1


*and the Society of Vertebrate Paleontology*

Heidi McIntosh (*pro hac vice*)
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
Tel.: (303) 623-9466
Fax: (303) 623-8083
E-mail: hmcintosh@earthjustice.org
*Attorneys for The Wilderness Society, Defenders of Wildlife, Grand Canyon Trust, Great Old Broads for Wilderness; Western Watersheds Project, WildEarth Guardians, Sierra Club, and Center for Biological Diversity*

James Pew (Bar No. 448830)
Earthjustice
1625 Massachusetts Avenue, NW
Suite 702
Washington, DC 20036
Tel.: (202) 667-4500
Fax: (202) 667-2356
E-mail: jpew@earthjustice.org
*Attorney for The Wilderness Society, Defenders of Wildlife, Grand Canyon Trust, Great Old Broads for Wilderness; Western Watersheds Project, WildEarth Guardians, Sierra Club, and Center for Biological Diversity*

Sharon Buccino (Bar. No 432073)
Jacqueline M. Iwata (Bar No. 1047984)
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
Tel.: (202) 289-6868
Fax: (415) 795-4799
E-mail: sbuccino@nrdc.org
E-mail: jiwata@nrdc.org
*Attorneys for Natural Resources Defense Council*

Katherine Desormeau (D.D.C. Bar ID CA00024)
Ian Fein (D.D.C. Bar ID CA00014)

E-mail: ebranch@nndoj.org
E-mail: pspruhan@nndoj.org
*Attorneys for Navajo Nation*

Jeff Rasmussen
Fredericks Peebles & Morgan LLP
1900 Plaza Drive
Louisville, CO 80027
Tel: (303) 673-9300
Fax: (303) 673-9155
E-mail: jrasmussen@ndnlaw.com
*Attorney for the Ute Indian Tribe*

Rollie Wilson
Fredericks Peebles & Morgan, LLP
401 9th Street, NW
Washington, DC 20004
Tel.: (202) 450-4887
Fax: (202) 450-5106
E-mail: rwilson@ndnlaw.com
*Attorney for the Ute Indian Tribe*

Lloyd Miller
Whitney Leonard
SONOSKY, CHAMBERS, SACHSE, MILLER & MONKMAN LLP
725 East Fireweed Lane
Suite 420
Anchorage, AK 99503
Phone: (907) 258-6377
Fax: (907) 272-8332
Email: lloyd@sonosky.net
*Attorneys for the Zuni Tribe*

David Mielke
SONOSKY, CHAMBERS, SACHSE, MILLER, MIELKE & BROWNELL LLP
500 Marquette Avenue, NW
Suite 660
Albuquerque, NM 87102
Phone: (505) 247-0147
Fax: (505) 843-6912
Email: dmielke@abqsonosky.com
*Attorney for the Zuni Tribe*

Michael E. Wall
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Tel.: (415) 875-6158
Fax: (415) 795-4799
E-mail: ifein@nrdc.org
E-mail: kdesormeau@nrdc.org
E-mail: mwall@nrdc.org
*Attorneys for Natural Resources Defense Council*

Stephen H.M. Bloch (*pro hac vice*)
Landon C. Newell
Laura E. Peterson
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, UT 84111
Tel: (801) 486-3161
Fax: (801) 486-4233
E-mail: steve@suwa.org
E-mail: landon@suwa.org
E-mail: laura@suwa.org
*Attorneys for Southern Utah Wilderness Alliance*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23th day of September 2019, I filed the above pleading with the Court's CM/ECF system, which provided notice of this filing by e-mail to all counsel of record.

*/s/ Natalie A. Landreth*
Natalie A. Landreth