**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HOPI TRIBE, *et al.*, | Case No. 17-cv-2590 (TSC) |
| Plaintiffs, | |
| v. | |
| DONALD J. TRUMP, *et al.*, | |
| Defendants. | |
| UTAH DINÉ BIKÉYAH, *et al.*, | Case No. 17-cv-2605 (TSC) |
| Plaintiffs, | |
| v. | |
| DONALD J. TRUMP, *et al.*, | |
| Defendants. | |
| NATURAL RESOURCES DEFENSE COUNCIL, INC., *et al.*, | Case No. 17-cv-2606 (TSC) |
| Plaintiffs, | |
| v. | **CONSOLIDATED CASES** |
| DONALD J. TRUMP, *et al.*, | |
| Defendants. | |
| AMERICAN FARM BUREAU FEDERATION, *et al.*, | |
| Defendant-Intervenors. | |

**PLAINTIFFS NAVAJO NATION AND SOUTHERN UTAH WILDERNESS ALLIANCE
MOTION TO PARTICIPATE IN STATUS CONFERENCE BY TELEPHONE**

Plaintiffs Navajo Nation and Southern Utah Wilderness Alliance (SUWA) and hereby file this motion for permission for the undersigned counsel to participate by telephone in the status conference scheduled in this matter for October 7, 2019.  Counsel of record for the other parties in the case have indicated that they do not oppose this motion.

Undersigned counsel Paul Spruhan is counsel for Navajo Nation in this case. Undersigned counsel Stephen Bloch is counsel for SUWA in this case.  Because of conflicts on October 7, 2019 in other matters it is not possible for undersigned counsel for SUWA or Navajo Nation to travel to Washington, D.C. in person for the status conference.  Plaintiffs Hopi Tribe *et al.* and Natural Resources Defense Council *et al.* and will be represented by counsel in person at the October 7 status conference.  Based on these considerations, Navajo Nation and SUWA respectfully request that their motion for counsel to participate in the October 7 status conference by telephone should be granted.

Dated: October 2, 2019                                   Respectfully submitted,


/s/ Paul Spruhan
_____
Paul Spruhan, Assistant Attorney General
Navajo Nation Department of Justice
P.O. Box 2010
Window Rock, AZ 86515
Tel.: (928) 871-6210
Fax: (928) 871-6177
E-mail: paspruhan@nndoj.org
*Attorney for Navajo Nation*

/s/ Stephen Bloch (*with permission*)
_____
Stephen H.M. Bloch (*pro hac vice*)
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, UT 84111
Tel: (801) 486-3161
Fax: (801) 486-4233
E-mail: steve@suwa.org
*Attorney for Southern Utah Wilderness Alliance*