**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HOPI TRIBE, *et al.*, | )<br>)<br>) |
| Plaintiffs, | ) Case No. 17-cv-2590 (TSC) |
| v. | ) |
| DONALD J. TRUMP, *et al.*, | ) |
| Defendants. | ) |
| UTAH DINÉ BIKÉYAH, *et al.*, | ) |
| Plaintiffs, | ) Case No. 17-cv-2605 (TSC) |
| v. | ) |
| DONALD J. TRUMP, *et al.*, | ) |
| Defendants. | ) |
| NATURAL RESOURCES DEFENSE COUNCIL, INC., *et al.*, | ) |
| Plaintiffs, | ) Case No. 17-cv-2606 (TSC) |
| v. | ) |
| DONALD J. TRUMP, *et al.*, | ) |
| Defendants. | ) **CONSOLIDATED CASES** |
| AMERICAN FARM BUREAU FEDERATION and UTAH FARM BUREAU FEDERATION, | ) |
| Defendants-Intervenors. | ) |

**AMERICAN FARM BUREAU FEDERATION'S AND
UTAH FARM BUREAU FEDERATION'S NOTICE OF JOINING MOTION**

Intervenors-Defendants American Farm Bureau Federation and Utah Farm Bureau Federation join in the Federal Defendants' Unopposed Motion To Hold Response Deadline in Abeyance (ECF No. 151) and, for the reasons stated therein, request that the Court enter the proposed Order (ECF No. 151-1) filed in these consolidated cases extending to Intervenors-Defendants the same relief requested by the Federal Defendants.

Respectfully submitted this 21st day of November 2019.

        HOLLAND & HART LLP

        By: /s/ William G. Myers III
            William G. Myers III

        William G. Myers III (DC Bar No. 408573)
        HOLLAND & HART LLP
        P.O. Box 2527
        Boise, Idaho  83701-2527
        Telephone:  (208) 342-5000
        E-mail:    wmyers@hollandhart.com

        Victoria A. Marquis (Montana Bar No. 13226)
        *(admitted pro hac vice)*
        HOLLAND & HART LLP
        P.O. Box 639
        Billings, Montana  59103
        Telephone:  (406) 252-2166
        E-mail:    vamarquis@hollandhart.com

        Attorneys for Defendants-Intervenors
        American Farm Bureau Federation and
        Utah Farm Bureau Federation

## Certificate of Service

      I HEREBY CERTIFY that on the 21st day of November 2019, I filed the foregoing electronically through the CM/ECF system, which caused electronic notification of such filing to be sent to all counsel of record, as more fully reflected on the Notice of Electronic Filing.

                                            *s/William G. Myers III*
                                            for HOLLAND & HART LLP

13864016_1

**AFBF'S AND UFBF'S NOTICE OF JOINING MOTION - 2**