# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOPI TRIBE, et al., <br><br>                              Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br>                              Defendants. | Case No. 1:17-cv-02590-TSC |
| UTAH DINÉ BIKÉYAH, et al., <br><br>                              Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br>                              Defendants, <br><br> BRANDON SULSER; BIGGAME FOREVER; SPORTSMEN FOR FISH & WILDLIFE; UTAH BOWMEN'S ASSOCIATION; UTAH WILD SHEEP FOUNDATION; MICHAEL NOEL; SANDY JOHNSON; and GAIL JOHNSON, <br><br>                              Defendant-Intervenors. | Case No. 1:17-cv-2605-TSC |
| NATURAL RESOURCE DEFENSE COUNCIL, INC., et al., <br><br>                              Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br>                              Defendants. | Case No. 1:17-cv-2606-TSC <br><br> **CONSOLIDATED CASES** |

**DEFENDANT-INTERVENORS BRANDON SULSER, ET AL.'S
NOTICE OF JOINING MOTION**

1

Defendant-Intervenors Brandon Sulser; BigGame Forever; Sportsmen for Fish & Wildlife; Utah Bowmen's Association; Utah Wild Sheep Foundation; Michael Noel; Sandy Johnson; and Gail Johnson join in the Federal Defendants' Unopposed Motion To Hold Response Deadline in Abeyance (ECF No. 151) and, for the reasons stated therein, request that the Court enter the proposed Order (ECF No. 151-1) filed in these consolidated cases extending to Defendant-Intervenors the same relief requested by the Federal Defendants.

DATED: November 21, 2019.

Respectfully submitted:

s/ Jeffrey W. McCoy
JEFFREY W. McCOY*
Colo. Bar No. 43562
Email: jmccoy@pacificlegal.org
OLIVER J. DUNFORD
Ohio Bar No. 0073933
Email: odunford@pacificlegal.org
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111

JONATHAN WOOD
D.C. Bar No. 1045015
Email: jwood@pacificlegal.org
TODD F. GAZIANO
Tex. Bar No. 07742200
Email: tgaziano@pacificlegal.org
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 610
Arlington, Virginia 22201
Telephone: (202) 888-6881

*Pro Hac Vice*

*Attorneys for Applicant Defendant-Intervenors*

## Certificate of Service

I hereby certify that on November 21, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing, which caused electronic notification of such filing to be sent to all counsel of record reflected on the Notice of Electronic Filing.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, to the following non-CM/ECF participants:

Ethel Billie Branch
Navajo Nation Department of Justice
P.O. Box 2010
Window Rock, AZ 86515

Sarah Krakoff
University of Colorado Law School
Campus Box 401 UCB
Boulder, CO 80309

Justin Robert Pidot
University of Denver
Sturm College of Law
2255 E. Evans Ave.
Denver, CO 80208

s/ Jeffrey W. McCoy
JEFFREY W. McCOY