**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| HOPI TRIBE, *et al.*, | ) | Case No. 17-cv-2590 (TSC) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD J. TRUMP, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| UTAH DINÉ BIKÉYAH, *et al.*, | ) | Case No. 17-cv-2605 (TSC) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD J. TRUMP, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| NATURAL RESOURCES DEFENSE COUNCIL, INC., *et al.*, | ) | Case No. 17-cv-2606 (TSC) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **CONSOLIDATED CASES** |
| | ) | |
| DONALD J. TRUMP, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| AMERICAN FARM BUREAU FEDERATION, *et al.*, | ) | |
| | ) | |
| Defendant-Intervenors. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order of December 2, 2019, Plaintiffs and Defendants hereby submit this joint status report proposing a briefing schedule for these consolidated cases. The Court previously ordered the parties to propose an "expedited, coordinated schedule" for post-complaint briefing. ECF No. 141 at 3 (Sept. 30, 2019). Having conferred, Plaintiffs and Defendants respectfully submit that moving directly to cross-motions for partial summary judgment is the most efficient way to potentially reach final judgment in these cases. Counsel for Intervenors have represented that they consent to this proposed schedule.

Accordingly, Plaintiffs and Defendants propose the following schedule for the coordinated, sequential briefing of potentially dispositive cross-motions for partial summary judgment:

| | |
|---|---|
| Plaintiffs' motions for partial summary judgment | January 9, 2020 |
| Defendants' oppositions to the motions for partial summary judgment, combined with Defendants' cross-motions for partial summary judgment (if any) | February 12, 2020 (34 days) |
| Intervenors' brief(s) in support of Defendants' motions (if any) | February 27, 2020 (15 days) |
| Plaintiffs' replies in support of partial summary judgment, combined with Plaintiffs' oppositions to Defendants' cross-motions for partial summary judgment and Intervenors' brief(s) (if any) | March 20, 2020 (22 days) |
| Defendants' replies in support of their motions for partial summary judgment (if any) | April 17, 2020 (28 days) |
| Intervenors' replies in support of Defendants' motions (if any) | May 4, 2020 (17 days) |

The proposed summary judgment motions will be "partial" in the sense that they seek to resolve Plaintiffs' entitlement to relief on their core claims that the President lacks constitutional

or statutory authority to revoke or reduce a national monument. *See* Tribal Plaintiffs' Amended and Supplemental Complaint, ECF. No. 146 (First, Second, and Third Claims for Relief); UDB Plaintiffs' Amended and Supplemental Complaint, ECF No. 148 (Counts I and III); NRDC Plaintiffs' Amended and Supplemented Complaint, ECF No. 149-1 (First and Second Claims for Relief). Because summary judgment in Plaintiffs' favor on any of these core legal claims could afford Plaintiffs complete relief, the parties will not at this time move for summary judgment on Plaintiffs' alternative claims for relief. *See* Tribal Plaintiffs' Amended and Supplemental Complaint, ECF. No. 146 (Fourth Claim for Relief); UDB Plaintiffs' Amended and Supplemental Complaint, ECF No. 148 (Count II); NRDC Plaintiffs' Amended and Supplemented Complaint, ECF No. 149-1 (Third and Fourth Claims for Relief). Further, because the motions for partial summary judgment may obviate the need to resolve Plaintiffs' alternative claims, the parties propose that Defendants' and Intervenors' deadline to answer the amended and supplemented complaints be held in abeyance until further order of the Court.

Counsel for Amici Curiae whose briefs were previously accepted have authorized Plaintiffs' counsel to represent that they intend to rest on their already filed briefs. *See* ECF Nos. 89 (Brief of Amici Curiae States), 119 (Brief of Amici Curiae Members of Congress), 121 (Brief of Amici Curiae Archaeological Organizations), 122 (Brief of Amicus Curiae Conservatives for Responsible Stewardship), and 124 (Brief of Amici Curiae Law Professors). Pursuant to Local Civil Rule 7(o)(1), State Amici may file a new amicus brief without leave of Court in the event that Defendants raise substantially new arguments impacting state interests. In the interests of keeping the briefing schedule streamlined, the parties propose that no additional amicus briefs be accepted in this round of briefing. To the extent the parties wish to respond to Amici's arguments, they will do so in their principal briefs.

The proposed schedule is submitted without prejudice to Plaintiffs' right to request any kind of interim relief that may be necessary.

A proposed order is attached herewith.

Dated: December 20, 2019

Respectfully submitted,

*/s/ Heidi McIntosh (with consent)*
eidi McIntosh (*pro hac vice*)
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
Tel.: (303) 623-9466
Fax: (303) 623-8083
E-mail: hmcintosh@earthjustice.org
*Attorney for National Parks Conservation Association, The Wilderness Society, Defenders of Wildlife, Grand Canyon Trust, Great Old Broads for Wilderness, Western Watersheds Project, WildEarth Guardians, Sierra Club, and Center for Biological Diversity*

Stefanie Tsosie (*pro hac vice*)
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
Tel.: (206) 343-7340
Fax: (206) 343-1526
E-mail: stsosie@earthjustice.org
*Attorney for National Parks Conservation Association, The Wilderness Society, Defenders of Wildlife, Grand Canyon Trust, Great Old Broads for Wilderness, Western Watersheds Project, WildEarth Guardians, Sierra Club, and Center for Biological Diversity*

*/s/ Natalie Landreth (with consent)*
Natalie Landreth (D.D.C. Bar AK0001)
Native American Rights Fund
745 W. 4th Avenue, Suite 502
Anchorage, AK 99501
Tel: (907) 257-0501
Fax: (907) 276-2466
E-mail: landreth@narf.org
*Attorney for the Hopi Tribe, Ute Mountain Ute Tribe, and Zuni Tribe*

Matthew Campbell
Native American Rights Fund
1506 Broadway
Boulder, CO 80302
Tel: (303) 447-8760
Fax: (303) 443-7776
E-mail: mcampbell@narf.org
*Attorney for the Hopi Tribe, Ute Mountain Ute Tribe, and Zuni Tribe*

Paul Spruhan, Assistant Attorney General
Navajo Nation Department of Justice
P.O. Box 2010
Window Rock, AZ 86515
Tel.: (928) 871-6210
Fax: (928) 871-6177
E-mail: paspruhan@nndoj.org
*Attorney for Navajo Nation*

James Pew (Bar No. 448830)
Earthjustice
1625 Massachusetts Avenue, NW
Suite 702
Washington, DC 20036
Tel.: (202) 667-4500
Fax: (202) 667-2356
E-mail: jpew@earthjustice.org
*Attorney for National Parks Conservation
Association, The Wilderness Society,
Defenders of Wildlife, Grand Canyon Trust,
Great Old Broads for Wilderness, Western
Watersheds Project, WildEarth Guardians,
Sierra Club, and Center for Biological
Diversity*

Adam M. Kushner (DC Bar # 426344)
Hunter J. Kendrick (DC Bar # 144629)
Hogan Lovells US LLP
555 Thirteenth Street NW
Washington, DC 20004
Tel.: (202) 637-5600
Fax: (202) 637-5910
E-mail: adam.kushner@hoganlovells.com
E-mail: hunter.kendrick@hoganlovells.com
*Attorneys for Plaintiffs Utah Diné Bikéyah,
Friends of Cedar Mesa, Archaeology
Southwest, Conservation Lands Foundation,
Inc., Patagonia Works, The Access Fund,
the National Trust for Historic Preservation,
and the Society of Vertebrate Paleontology*

/s/ Thomas P. Schmidt (with consent)
Thomas P. Schmidt (*pro hac vice*)
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
Tel.: (212) 918-3000
Fax: (212) 918-3100
E-mail: thomas.schmidt@hoganlovells.com
*Attorney for Plaintiffs Utah Diné Bikéyah,
Friends of Cedar Mesa, Archaeology
Southwest, Conservation Lands Foundation,
Inc., Patagonia Works, The Access Fund,
the National Trust for Historic Preservation,
and the Society of Vertebrate Paleontology*

Sharon Buccino (Bar No. 432073)
Jacqueline M. Iwata (Bar No. 1047984)
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
Tel.: (202) 289-6868
Fax: (415) 795-4799
E-mail: sbuccino@nrdc.org
E-mail: jiwata@nrdc.org
*Attorneys for Natural Resources Defense
Council*

/s/ Katherine Desormeau
Katherine Desormeau (D.D.C. Bar ID
CA00024)
Ian Fein (D.D.C. Bar ID CA00014)
Michael E. Wall
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Tel.: (415) 875-6158
Fax: (415) 795-4799
E-mail: kdesormeau@nrdc.org
E-mail: ifein@nrdc.org
E-mail: mwall@nrdc.org
*Attorneys for Natural Resources Defense
Council*

/s/ Stephen H.M. Bloch (with consent)
Stephen H.M. Bloch (*pro hac vice*)
Landon C. Newell
Laura E. Peterson
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, UT 84111
Tel: (801) 486-3161
Fax: (801) 486-4233
E-mail: steve@suwa.org
E-mail: landon@suwa.org
E-mail: laura@suwa.org
*Attorneys for Southern Utah Wilderness
Alliance*

Jeff Rasmussen
Fredericks Peebles & Morgan LLP
1900 Plaza Drive
Louisville, CO 80027
Tel: (303) 673-9300
Fax: (303) 673-9155
E-mail: jrasmussen@ndnlaw.com
*Attorney for the Ute Indian Tribe*

Rollie Wilson
Fredericks Peebles & Morgan, LLP
401 9th Street, NW
Washington, DC 20004
Tel.: (202) 450-4887
Fax: (202) 450-5106
E-mail: rwilson@ndnlaw.com
*Attorney for the Ute Indian Tribe*

JEAN E. WILLIAMS
Deputy Assistant Attorney General

*/s/ Romney S. Philpott (with consent)*
Romney S. Philpott
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, #370
Denver, CO 80202
Tel: (303) 844-1810
Fax: (303) 844-1350
Email: Romney.philpott@usdoj.gov
*Attorneys for Federal Defendants*