# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOPI TRIBE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:17-cv-02590 (TSC) |
| | ) |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| UTAH DINÉ BIKÉYAH, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:17-cv-02605 (TSC) |
| | ) |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 1:17-cv-02606 (TSC) |
| v. | ) |
| | ) |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | ) **CONSOLIDATED CASES** |
| | ) |
| Defendants. | ) |

**FEDERAL DEFENDANTS' CROSS-MOTION
FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Federal Defendants move for summary judgment (1) that the Court lacks subject-matter jurisdiction over the First, Second, and Third Claims in the Amended Complaint in *Hopi Tribe v. Trump*, No. 17-cv-2590 (ECF No. 145) and the First and Third Claims in the Amended Complaint in *Utah Diné Bikéyah v. Trump*, No. 17-cv-2605 (ECF No. 148) due to Plaintiffs' lack of standing; and (2) that Federal Defendants are entitled to judgment on the First and Second Claims in the Amended Complaint in *Natural Resource Defense Council v. Trump*, No. 17-cv-2606 (ECF No. 144), and (if the Court has jurisdiction) on the First, Second, and Third Claims in the Amended Complaint in *Hopi Tribe*, and the First and Third Claims in the Amended Complaint in *Utah Diné Bikéyah*.

This motion is supported by the memorandum, declarations, statement of material facts, and responses to the plaintiffs' statements of undisputed facts filed herewith. As demonstrated by these materials, Federal Defendants are entitled to summary judgment on the above-identified claims because there is no genuine issue of disputed material fact and they are entitled to judgment as a matter of law.

Respectfully submitted this 19th day of February, 2020,

PRERAK SHAH
Acting Deputy Assistant Attorney General

  */s/ Romney S. Philpott*
Romney S. Philpott
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th St., #370
Denver, CO 80202
Phone:  303-844-1810
Fax:  303-844-1350
E-mail:  Romney.Philpott@usdoj.gov

Attorneys for Federal Defendants