UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOPI TRIBE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No. 17-cv-2590 (TSC) |
| ) | |
| v. ) | |
| ) | |
| DONALD J. TRUMP, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| UTAH DINÉ BIKÉYAH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No. 17-cv-2605 (TSC) |
| ) | |
| v. ) | |
| ) | |
| DONALD J. TRUMP, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| NATURAL RESOURCES DEFENSE ) | |
| COUNCIL, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No. 17-cv-2606 (TSC) |
| ) | |
| v. ) | |
| ) | |
| DONALD J. TRUMP, *et al.*, ) | |
| ) | **CONSOLIDATED CASES** |
| Defendants. ) | |

**UNOPPOSED MOTION TO EXTEND DEADLINES**

1

The Tribal Plaintiffs in these consolidated cases respectfully move the Court for a two-week extension of time, to April 10 to file their combined replies in support of partial summary judgment and oppositions to cross-motions for summary judgment. (Dkt. 167) The Plaintiffs in the three consolidates cases agree that this request is in the interest of all parties and the orderly management of this case that filings be carefully coordinated. Plaintiffs have conferred with Federal Defendants, who also do not oppose this request, provided that they are afforded a commensurate two week extension to May 8th to submit their replies and that the deadlines in the related case, *The Wilderness Society v. Trump*, 1:17-cv-2587-TSC, are likewise extended so that the schedule in that matter remain aligned with the schedule in this matter. Those Intervenors who have already been approved for admission also do not object.

Plaintiffs seek this request because counsel for the Tribes, as the Court might expect, are experiencing significant work delays as well as delays in communication with their clients and in house counsel due to the office closures and state of emergency declared on reservations across the country. This has made access to witnesses and information exceptionally difficult, especially since 95% of Indian Country does not have access to broadband so Internet service interruptions are becoming commonplace.

Based on these unprecedented circumstances, and the desire to keep this important case managed in an orderly fashion, the Plaintiffs respectfully request that the Court extend the deadline for their combined replies in support of motion for summary judgment and oppositions to cross-motions to April 10 across all the consolidated Bears Ears cases. The Federal Defendants have indicated they do not object on two conditions: (1) that their deadlines to reply in support of their motions to dismiss be moved to May 8th, and (2) that the schedule in *TWS v. Trump* likewise is

modified so that the schedules remain the same in the two consolidated cases. The Plaintiff Tribes do not object to these conditions. The Intervenor-Defendants have also indicated they do not oppose Plaintiffs' request for an extension as long as the above conditions are met. The Plaintiffs in *The Wilderness Society v. Trump* do not object to the condition that the schedule in that case be modified such that it remains aligned with the schedule in this case.

A proposed order granting the requested extension is attached.

Respectfully submitted this 23rd day of March 2020,

/s/ Natalie A. Landreth

Natalie A. Landreth
NATIVE AMERICAN RIGHTS FUND
745 W. 4th Avenue, Suite 502
Anchorage, AK 99501
Phone: (907) 257-0501
Fax: (907) 276-2466
Email: landreth@narf.org

Matthew Lee Campbell
NATIVE AMERICAN RIGHTS FUND
1506 Broadway
Boulder, CO 80302
Phone: (303) 447-8760
Fax: (303) 443-7776
Email: mcampbell@narf.org

Justin Robert Pidot
University of Arizona James E. Rogers College of Law
(for identification purposes only)
1201 East Speedway Blvd.
P.O. Box 210176
Tucson, AZ 85721
Phone: (520) 621-5576
jpidot@law.arizona.edu

***Attorneys for the Hopi Tribe, Ute Mountain Ute Tribe and Zuni Tribe***

Paul Spruhan, Asst. Attorney General
Office of the Attorney General
THE NAVAJO NATION DEPARTMENT OF JUSTICE
Post Office Box 2010
Window Rock, Arizona (Navajo Nation) 86515
Phone: (928) 871-6345
Fax: (928) 871-6177
Email: pspruhan@nndoj.org

*Attorney for the Navajo Nation*

Rollie Wilson
FREDERICKS PEEBLES & MORGAN, LLP
401 9th St., N.W.
Washington, D.C. 20004
Phone: (202) 450-4887
Fax: (202) 450-5106
Email: rwilson@ndnlaw.com

Jeffrey S. Rasmussen
FREDERICKS PEEBLES & MORGAN, LLP
1900 Plaza Drive
Louisville, CO 80027
Phone: (303) 673-9600
Fax: (303) 673-9155
Email: jrasmussen@ndnlaw.com

*Attorneys for the Ute Indian Tribe*

Lloyd Miller
SONOSKY, CHAMBERS, SACHSE, MILLER & MONKMAN LLP
725 East Fireweed Lane
Suite 420
Anchorage, AK 99503
Phone: (907) 258-6377
Fax: (907) 272-8332
Email: lloyd@sonosky.net

David Mielke
SONOSKY, CHAMBERS, SACHSE, MILLER, MIELKE & BROWNELL LLP
500 Marquette Avenue, NW
Suite 660

4

Albuquerque, NM 87102
Phone: (505) 247-0147
Fax: (505) 843-6912
Email: dmielke@abqsonosky.com

***Attorneys for the Zuni Tribe***

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of March 2020, I caused to be filed the above pleading with the Court's CM/ECF system, which provided notice of this filing by e-mail to all counsel of record.

*/s/ Natalie Landreth*
Natalie Landreth

**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HOPI TRIBE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 1:17-cv-02590 (TSC) |
| UTAH DINÉ BIKÉYAH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 1:17-cv-02605 (TSC) |
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 1:17-cv-02606 (TSC) <br><br> **CONSOLIDATED CASES** |

**[PROPOSED] ORDER**

This matter is before the Court on the Plaintiffs' Unopposed Motion to Extend Deadline for Parties to Respond to the Motions to Dismiss. Having reviewed the motion, the Court finds that the Motion should be GRANTED, and modifies the deadlines set forth in the Court's February 10, 2010 Minute Order as follows:

1. Plaintiffs' reply in support of partial summary judgment, combined with Plaintiffs' opposition to Defendants' cross-motion for partial summary judgment and Plaintiffs' opposition to Intervenors' brief shall be filed no later than April 10, 2020;

2. Defendants' reply in support of their motion for partial summary judgment, if any, shall be filed no later than May 8, 2020

3. Intervenors' single, joint reply in support of Defendants' motion, if any, shall be filed no later than May 26 and shall not exceed twenty substantive pages.

The Court will also issue an order making the same modifications to the schedule set in the Court's February 10, 2020 Minute Order in *the Wilderness Society v. Trump*, 1:17-cv-2587-TSC.

DATED: _____

TANYA S. CHUTKAN
UNITED STATES DISTRICT COURT JUDGE

**Attorneys to be notified:**
Natalie Landreth
Native American Rights Fund
745 W. 4th Ave, Suite 502
Anchorage, AK 99501
Tel: (907) 257-0501
Fax: (907) 276-2466
E-mail: landreth@narf.org
*Attorney for the Hopi Tribe, Ute Mountain Ute Tribe, and Zuni Tribe*

Matthew Campbell
Native American Rights Fund
1506 Broadway
Boulder, CO 80302
Tel: (303) 447-8760
Fax: (303) 443-7776
E-mail: mcampbell@narf.org

Justin Robert Pidot
University of Arizona James E. Rogers College of Law
(for identification purposes only)
1201 East Speedway Blvd.
P.O. Box 210176
Tucson, AZ 85721
Phone: (520) 621-5576
jpidot@law.arizona.edu

*Attorneys for the Hopi Tribe, Ute Mountain Ute Tribe, and Zuni Tribe*

Paul Spruhan, Assistant Attorney General
Navajo Nation Department of Justice
P.O. Box 2010
Window Rock, AZ 86515
Tel.: (928) 871-6210
Fax: (928) 871-6177
E-mail: pspruhan@nndoj.org

*Attorney for Navajo Nation*

Jeff Rasmussen
Fredericks Peebles & Morgan LLP
1900 Plaza Drive
Louisville, CO 80027
Tel: (303) 673-9300
Fax: (303) 673-9155
E-mail: jrasmussen@ndnlaw.com

Rollie Wilson
Fredericks Peebles & Morgan, LLP
401 9th Street, NW
Washington, DC 20004
Tel.: (202) 450-4887
Fax: (202) 450-5106
E-mail: rwilson@ndnlaw.com

*Attorneys for the Ute Indian Tribe*

Lloyd Miller
SONOSKY, CHAMBERS, SACHSE, MILLER & MONKMAN LLP
725 East Fireweed Lane
Suite 420
Anchorage, AK 99503
Phone: (907) 258-6377
Fax: (907) 272-8332
Email: lloyd@sonosky.net

David Mielke
SONOSKY, CHAMBERS, SACHSE, MILLER, MIELKE & BROWNELL LLP
500 Marquette Avenue, NW
Suite 660
Albuquerque, NM 87102
Phone: (505) 247-0147
Fax: (505) 843-6912
Email: dmielke@abqsonosky.com

*Attorneys for the Zuni Tribe*

James T. Banks
Adam M. Kushner
Douglas P. Wheeler III
Hogan Lovells U.S. LLP
555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
E-mail: james.banks@hoganlovells.com
E-mail: adam.kushner@hoganlovells.com
E-mail: douglas.wheeler@hoganlovells.com
*Attorney for Plaintiffs Utah Diné Bikéyah, Friends of Cedar Mesa, Archaeology Southwest, Conservation Lands Foundation, Inc., Patagonia Works, The Access Fund, the National Trust for Historic Preservation, and the Society of Vertebrate Paleontology*

James Pew
Earthjustice
1625 Massachusetts Ave., NW, Suite 702
Washington, D.C. 20036
Tel.: (202) 667-4500
Fax: (202) 667-2356
Email: jpew@earthjustice.org

*Attorney for National Parks Conservation Association, The Wilderness Society, Grand Canyon Trust, Great Old Broads for Wilderness, Western Watersheds Project, Sierra Club, Center for Biological Diversity, WildEarth Guardians, and Defenders of Wildlife*

Heidi McIntosh
Yuting Yvonne Chi
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
Tel.: (303) 623-9466
Fax: (303) 623-8083
E-mail: hmcintosh@earthjustice.org
E-mail: ychi@earthjustice.org
*Attorneys for National Parks Conservation Association, The Wilderness Society, Grand Canyon Trust, Great Old Broads for Wilderness, Western Watersheds Project, Sierra Club, Center for Biological Diversity, WildEarth Guardians, and Defenders of Wildlife*

Sharon Buccino
Jacqueline M. Iwata
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, D.C. 20005
Tel.: (202) 289-6868
Fax: (415) 795-4799
E-mail: sbuccino@nrdc.org
E-mail: jiwata@nrdc.org
*Attorneys for Natural Resources Defense Council*

Katherine Desormeau
Ian Fein
Michael E. Wall
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Tel.: (415) 875-6158
Fax: (415) 795-4799
E-mail: kdesormeau@nrdc.org
E-mail: ifein@nrdc.org
E-mail: mwall@nrdc.org
*Attorneys for Natural Resources Defense Council*

Stephen H.M. Bloch
Landon C. Newell
Laura E. Peterson
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, UT 84111
Tel: (801) 486-3161
Fax: (801) 486-4233
E-mail: steve@suwa.org
E-mail: landon@suwa.org
E-mail: laura@suwa.org
*Attorneys for Southern Utah Wilderness Alliance*

Romney S. Philpott
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th St., #370
Denver, CO 80202
Phone: (303) 844-1810
Fax: (303) 844-1350
E-mail: Romney.Philpott@usdoj.gov
*Attorney for Defendants*

Judith E. Coleman
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Phone: (202) 514-3553
Fax: (202) 305-0506
Email: Judith.Coleman@usdoj.gov
*Attorney for Defendants*