## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HOPI TRIBE, *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:17-cv-02590 (TSC) |
| | ) | |
| DONALD J. TRUMP, in his official Capacity as President of the United States, *et al.,* | ) ) ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| UTAH DINE BIKEYAH, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 1:17-cv-02605 (TSC) |
| v. | ) | |
| | ) | |
| DONALD J. TRUMP, in his official Capacity as President of the United States, *et al.,* | ) ) ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |
| | ) | |
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.* | ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 1:17-cv-02606 (TSC) |
| v. | ) | |
| | ) | |
| DONALD7 J. TRUMP, in his official capacity as President of the United States, *et al.,* | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS

Pursuant to LCvR 5.1(c) (1), notice is hereby given that effective May 21. 2020, Jeffrey S. Rasmussen, Jeremy J. Patterson, Alvina Earnhart, and Rollie E. Wilson, counsel for the Ute Indian Tribe of the Uintah & Ouray Reservation (Ute Tribe), hereby provides notice that they are no longer affiliated with Fredericks Peebles & Patterson LLP.  Mr. Rasmussen, Mr. Patterson, Ms. Earnhart, and Mr. Wilson are now affiliated with the law firm of Patterson Earnhart Real Bird & Wilson LLP.  They will continue to represent the Ute Tribe in this case.  Their contact information is as follows:

Jeffrey S. Rasmussen
Patterson Earnhart Real Bird & Wilson LLP
357 S. McCaslin Blvd., Suite 200
Louisville, CO 80027
Telephone: (303) 926-5292
Facsimile: (303) 926-5293
Email: jrasmussen@nativelawgroup.com

Jeremy J. Patterson
Patterson Earnhart Real Bird & Wilson LLP
357 S. McCaslin Blvd., Suite 200
Louisville, CO 80027
Telephone: (303) 926-5292
Facsimile: (303) 926-5293
Email: jpatterson@nativelawgroup.com

Katie D. Frayler
Patterson Earnhart Real Bird & Wilson LLP
357 S. McCaslin Blvd., Suite 200
Louisville, CO 80027
Telephone: (303) 926-5292
Facsimile: (303) 926-5293
Email: kfrayler@nativelawgroup.com

Rollie E. Wilson
Patterson Earnhart Real Bird & Wilson LLP
601 Pennsylvania Avenue, NW
South Building, Suite 900
Washington, DC 20004
Telephone: (202) 434-8903
Facsimile: (202) 639-8238
Email: rwilson@nativelawgroup.com

Dated this 15th day of June, 2020.

PATTERSON EARNHART REAL BIRD & WILSON LLP

By:  *s/Jeffrey S. Rasmussen*
Jeffrey S. Rasmussen, *Pro Hac Vice*
Jeremy J. Patterson, *Pro Hac Vice*
Katie D. Frayler, *Pro Hac Vice*
PATTERSON EARNHART REAL BIRD & WILSON LLP
357 S. McCaslin Blvd., Suite 200
Louisville, CO 80027
Telephone: (303) 926-5292
Facsimile: (303) 926-5293
Email: jrasmussen@nativelawgroup.com
Email: jpatterson@nativelawgroup.com
Email: kfrayler@nativelawgroup.com

and

Rollie E. Wilson, D.C. Bar No. 1008022
PATTERSON EARNHART REAL BIRD & WILSON LLP
601 Pennsylvania Avenue, NW
South Building, Suite 900
Washington, D.C. 20004

*Attorneys for Ute Indian Tribe of the Uintah and Ouray Reservation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of June, 2020, I electronically filed the foregoing **NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS**, with the Clerk of the Court via the CM/ECF filing system, which will send notification of such filing to all counsel of record and I served the same via U.S. Mail to the below listed parties:

Ethel Billie Branch
NAVAJO NATION DEPARTMENT OF
JUSTICE
P.O. Box 2010
Window Rock, AZ 86515

Justin Robert Pidot
UNIVERSITY OF DENVER STURM
COLLEGE OF LAW
2255 East Evans Avenue
Denver, CO 80208

Thomas P. Schmidt
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022

*/s/ Dawn Sheely*
Dawn Sheely, Legal Assistant

4