*Ronald T. West Attorney*

*Specializing In Animal Rights*
*3260 Orion Circle*
*Anchorage, AK 99517*
*907 575 1312*
*gringowest123@gmail.com*

Leave to File granted
8/10/2020
/s/ TSC

July 30, 2020

U.S. District Court Judge Tanya Chutkan
333 Constitution Ave. N.W.
Washington, D.C. 20001

Re: Case 1:17-cv-02590-TSC

Dear Jd. Chutkan:

I am a devoted environmentalist and have followed the "Bear Ears" case since it was filed on 12.7.2017. I've read the pleadings. The case has been pending for two years (2) and eight (8) months. Please decide. The issue is one of law and does not require oral argument. Justice delayed is justice denied. I have practiced 50 years. This is the first time I've written a court to please decide a case. This is a fundamental case. My personal issues involved, involved.

Cordially, Ronald T. West

*Admitted In Alaska*