**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| HOPI TRIBE, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Case No.  17-cv-2590 (TSC) |
| v. | ) ) ) | |
| DONALD J. TRUMP, et al., | ) ) | |
| Defendants. | ) ) | |
| UTAH DINÉ BIKÉYAH, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Case No.  17-cv-2605 (TSC) |
| v. | ) ) ) | |
| DONALD J. TRUMP, *et al.*, | ) ) | |
| Defendants. | ) ) | |
| NATURAL RESOURCES DEFENSE COUNCIL, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 17-cv-2606 (TSC) |
| v. | ) ) ) | |
| DONALD J. TRUMP, *et al.*, | ) ) | **CONSOLIDATED CASES** |
| Defendants. | ) ) ) ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that pursuant to Local Civil Rule 83.6(b), Natalie Landreth hereby gives notice of her withdrawal as counsel for the Hopi Tribe, Ute Mountain Ute Tribe, and Zuni Tribe in the above-referenced case. No substitution of counsel is necessary, as Matthew Lee Campbell will continue to represent the Hopi Tribe, Ute Mountain Ute Tribe and Zuni Tribe, and Lloyd B. Miller, David C. Mielke, and Vanessa L. Ray-Hodge will continue to represent the Zuni Tribe. The Tribes, through their undersigned attorney Matthew Lee Campbell, have consented to this withdrawal.

Respectfully submitted this 27th day of January, 2021.


  /s/ Natalie A. Landreth
Natalie A. Landreth
NATIVE AMERICAN RIGHTS FUND
745 W. 4th Avenue, Suite 502
Anchorage, AK 99501
Phone: (907) 257-0501
Fax: (907) 276-2466
Email: landreth@narf.org (for identification purposes only)


  /s/ Matthew Campbell
Matthew Lee Campbell
NATIVE AMERICAN RIGHTS FUND
1506 Broadway
Boulder, CO 80302
Phone: (303) 447-8760
Fax: (303) 443-7776
Email: mcampbell@narf.org

*Attorneys for the Hopi Tribe, Ute Mountain Ute Tribe, and Pueblo of Zuni*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of January, 2021, I filed the above pleading with

the Court's CM/ECF system, which provided notice of this filing by e-mail to all

counsel of record.


  /s/ Matthew Campbell
Matthew Lee Campbell
NATIVE AMERICAN RIGHTS FUND
1506 Broadway
Boulder, CO 80302
Phone: (303) 447-8760
Fax: (303) 443-7776
Email: mcampbell@narf.org