**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| HOPI TRIBE, *et al*., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:17-cv-02590 (TSC) |
| | ) | |
| JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| UTAH DINÉ BIKÉYAH, *et al*., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:17-cv-02605 (TSC) |
| | ) | |
| JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| NATURAL RESOURCES DEFENSE COUNCIL, *et al*., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 1:17-cv-02606 (TSC) |
| v. | ) | |
| | ) | |
| JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al*., | ) | |
| | ) | **CONSOLIDATED CASES** |
| Defendants. | ) | |
| | ) | |

**FEDERAL DEFENDANTS' NOTICE OF EXECUTIVE ORDER**

Federal Defendants hereby provide the Court with notice that, on January 20, 2021,

President Biden issued an "Executive Order on Protecting Public Health and the Environment and Restoring Science to Tackle the Climate Crisis" (hereinafter "Executive Order").

Section 3(a) of the Executive Order references Proclamation 9681, which is the subject of this litigation.  Section 3(c) authorizes the Department of Justice to provide the Court with notice of the Executive Order.  A copy of the Executive Order is attached hereto.

Respectfully submitted this 29th day of January, 2021,

JEAN E. WILLIAMS
Deputy Assistant Attorney General

     */s/ Romney S. Philpott*
Romney S. Philpott
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th St., #370
Denver, CO 80202
Phone:  303-844-1810
Fax:  303-844-1350
E-mail:  Romney.Philpott@usdoj.gov


Attorneys for Federal Defendants

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2021, I electronically filed the foregoing document

and its attachment with the Clerk of the Court using the CM/ECF system, which will send

notification of the filing to all parties.


*/s/ Romney S. Philpott*
Romney S. Philpott