UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOPI TRIBE, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    Defendants. | Case No. 17-cv-2590 (TSC) |
| UTAH DINE BIKEYAH, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    Defendants. | Case No. 17-cv-2605 (TSC) |
| NATURAL RESOURCES<br>DEFENSE COUNCIL, INC., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    Defendants. | Case No. 17-cv-2606 (TSC)<br><br>**CONSOLIDATED CASES** |

## ORDER

Defendants' Unopposed Motion to Stay, ECF No. 200, is hereby GRANTED. The proceedings in this case are hereby stayed until further order of the court.

All pending summary judgment motions are hereby DENIED without prejudice to the

right of the parties to file a motion to reopen their summary judgment motions.[1]  *See* ECF No. 163, MOTION for Partial Summary Judgment by HOPI TRIBE, NAVAJO NATION, UTE INDIAN TRIBE, UTE MOUNTAIN UTE TRIBE, ZUNI TRIBE;  ECF No. 164 MOTION for Partial Summary Judgment by ACCESS FUND, ARCHAEOLOGY SOUTHWEST, UTAH DINE BIKEYAH, CONSERVATION LANDS FOUNDATION, INC., FRIENDS OF CEDAR MESA, NATIONAL TRUST FOR HISTORIC PRESERVATION, PATAGONIA WORKS, SOCIETY OF VERTEBRATE PALEONTOLOGY;  ECF No. 165,  MOTION for Partial Summary Judgment by CENTER FOR BIOLOGICAL DIVERSITY, DEFENDERS OF WILDLIFE, GRAND CANYON TRUST, GREAT OLD BROADS FOR WILDERNESS, NATIONAL PARKS CONSERVATION ASSOCIATION, SIERRA CLUB, WESTERN WATERSHEDS PROJECT, WILDEARTH GUARDIANS, WILDERNESS SOCIETY, NATURAL RESOURCES DEFENSE COUNCIL, INC., SOUTHERN UTAH WILDERNESS ALLIANCE; ECF No. 169, Cross MOTION for Summary Judgment *in Part* by BRIAN STEED, SONNY PERDUE, TONY TOOKE, DONALD J. TRUMP, RYAN ZINKE.

      Notwithstanding the foregoing, the Federal Defendants shall continue to comply with their obligations under the Court's October 30, 2018 Order Regarding Notice Obligations, ECF No. 67.   Plaintiffs are not precluded from moving for injunctive relief during the pendency of the stay.

      The parties shall file a joint status report by June 3, 2021, and every 30 days thereafter, advising the Court: 1) whether the current dispute has been mooted or the parties anticipate that it will be mooted; 2) whether the parties wish to continue to stay this action for any reason,

---

[1]  The parties are not required to refile the original motions, briefs or exhibits should they elect to reopen their summary judgment motions.


including the parties' negotiations over resolving this dispute; or 3) whether the parties agree that this litigation should continue as anticipated pursuant to the federal rules, local rules or a scheduling order. To the extent the parties propose a change in the status quo, the report shall be accompanied by a proposed order.

Date:  March 8, 2021

                                        *Tanya S. Chutkan*
                                        TANYA S. CHUTKAN
                                        United States District Judge