IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOPI TRIBE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 1:17-cv-02590 (TSC) |
| UTAH DINÉ BIKÉYAH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 1:17-cv-02605 (TSC) |
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 1:17-cv-02606 (TSC) <br><br> **CONSOLIDATED CASES** |

**JOINT STATUS REPORT**

Pursuant to the Court's order of March 8, 2021, ECF No. 201, the parties hereby submit this joint status report.

1

BACKGROUND

The Court previously ordered the parties to file a joint status report by March 5, 2021, addressing how this case should proceed in light of Executive Order 13990, entitled "Protecting Public Health and the Environment and Restoring Science to Tackle the Climate Crisis," 86 Fed. Reg. 7,037 (Jan. 20, 2021) (hereinafter "E.O. 13990"). E.O. 13990 instructed the Secretary of the Interior ("Secretary") to, in consultation with the Attorney General, the Secretaries of Agriculture and Commerce, the Chair of the Council on Environmental Quality, and Tribal governments, conduct a review of "the monument boundaries and conditions that were established by Proclamation 9681 . . . to determine whether restoration of the monument boundaries and conditions that existed as of January 20, 2017 would be appropriate." Section 3(a) of E.O. 13990 further instructed the Secretary to submit, within sixty days, a report to the President summarizing the findings of the review—and making recommendations for "such Presidential actions or other actions consistent with law as the Secretary may consider appropriate to carry out the policy" set forth in the executive order. E.O. 13990, § 3(b).

On March 8, 2021, the Court granted Federal Defendants' unopposed request to stay proceedings in this case and ordered the parties to file a joint status report advising the Court: (1) whether the current dispute has been mooted or the parties anticipate that it will be mooted; (2) whether the parties wish to continue to stay this action for any reason, including the parties' negotiations over resolving this dispute; or (3) whether the parties agree that this litigation should continue as anticipated pursuant to the federal rules, local rules or a scheduling order. ECF No. 201 at 2-3.

DISCUSSION

Since the Court issued its Order on March 8, 2021, E.O. 13990's sixty-day deadline for

the Secretary to provide a report to the President was extended to ensure that the Secretary's findings and recommendations benefitted from her visit to Utah.  During that visit, which occurred in April, the Secretary visited lands in the area of the national monument at issue in this case and met with elected officials, Tribal leaders, and stakeholders invested in the stewardship of the monument.  The Department of the Interior transmitted the report summarizing the findings and recommendations to the President on June 2, 2021.

The parties believe that the Court should continue the stay to allow the President to consider the findings and recommendations in the report.  Continuing the stay and allowing the President to consider, and potentially act on, the report's findings and recommendations would better situate the parties to answer the questions in the Court's March 8, 2021 Minute Order concerning whether the current dispute has been or will be mooted or whether the current litigation should continue.

Accordingly, the parties respectfully request that the Court continue the current stay and require the parties to file another joint status report by July 13, 2021.  Under the Court's March 8, 2021 order, a joint status report would otherwise be due on July 6, 2021, but the parties respectfully request that the Court extend that deadline by seven days to avoid complications in conferring arising from the potential unavailability of parties and counsel due to the July 4 holiday.

Respectfully submitted this 3rd day of June, 2021,

JEAN E. WILLIAMS
Acting Assistant Attorney General

  /s/ Romney S. Philpott
Romney S. Philpott                          Judith E. Coleman
U.S. Department of Justice                  U.S. Department of Justice
Environment and Natural Resources Division  Environment and Natural Resources Division

Natural Resources Section  
999 18th St., #370  
Denver, CO 80202  
Phone: 303-844-1810  
Fax: 303-844-1350  
E-mail: Romney.Philpott@usdoj.gov  

Natural Resources Section  
P.O. Box 7611  
Benjamin Franklin Station  
Washington, D.C. 20044  
Phone: 202-514-3553  
E-mail: Judith.Coleman@usdoj.gov  

*Attorneys for Federal Defendants*

*/s/ Matthew Lee Campbell (with consent)*  
Matthew Lee Campbell  
NATIVE AMERICAN RIGHTS FUND  
1506 Broadway  
Boulder, CO 80302  
Phone: (303) 447-8760  
Fax: (303) 443-7776  
Email: mcampbell@narf.org  

*Attorney for the Hopi Tribe, Ute Mountain Ute Tribe and Pueblo of Zuni*

*/s/ Paul Spruhan (with consent)*  
Paul Spruhan, Asst. Attorney General  
Jason Searle, Attorney  
Litigation and Employment Unit  
NAVAJO NATION DEPARTMENT OF JUSTICE  
Post Office Box 2010  
Window Rock, Arizona (Navajo Nation) 86515  
Phone: (928) 871-6210  
Fax: (928) 871-6177  
Email: pspruhan@nndoj.org  
           jasearle@nndoj.org  

*Attorneys for the Navajo Nation*

*/s/ Rollie Wilson (with consent)*  
Rollie Wilson  
PATTERSON EARNHART REAL BIRD & WILSON LLP  
601 Pennsylvania Ave., NW  
South Building, Suite 900  
Washington, D.C. 20004  
Phone: (202) 434-8093  
Fax: (202) 639-8238  
Email: rwilson@nativelawgroup.com  

Jeffrey S. Rasmussen, *pro hac vice*  
PATTERSON EARNHART REAL BIRD & WILSON LLP  
357 S. McCaslin Blvd., Suite 200  
Louisville, CO 80027  
Phone: (303) 926-5292  
Fax: (303) 926-5293  
Email: jrasmussen@nativelawgroup.com  

*Attorneys for the Ute Indian Tribe*

*(signatures continued on the next page)*

<div style="column-count:2">

*/s/ Lloyd Miller (with consent)*
Lloyd Miller
SONOSKY, CHAMBERS, SACHSE,
MILLER & MONKMAN LLP
725 East Fireweed Lane
Suite 420
Anchorage, AK 99503
Phone: (907) 258-6377
Fax: (907) 272-8332
Email: lloyd@sonosky.net

*Attorneys for the Zuni Tribe*


*/s/ Adam Kushner (with consent)*
Adam Kushner
Hogan Lovells US LLP
555 Thirteenth Street NW
Washington, D.C. 20004
Phone: 202-637-5600
Fax: 202-637-5910
E-mail: adam.kushner@hoganlovells.com

*Attorneys for Plaintiffs Utah Diné Bikéyah, Friends of Cedar Mesa, Archaeology Southwest, Conservation Lands Foundation, Inc., Patagonia Works, The Access Fund, the National Trust for Historic Preservation, and the Society of Vertebrate Paleontology*


*/s/ Stephen H. M. Bloch (with consent)*
Stephen H.M. Bloch
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, UT 84111
Tel.: (801) 486-3161
E-mail: steve@suwa.org

*Counsel for Southern Utah Wilderness Alliance*

David Mielke
SONOSKY, CHAMBERS, SACHSE,
MILLER, MIELKE & BROWNELL LLP
500 Marquette Avenue, NW
Suite 660
Albuquerque, NM 87102
Phone: (505) 247-0147
Fax: (505) 843-6912
Email: dmielke@abqsonosky.com


Sundeep Iyer
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
Phone: 212-918-3000
Fax: 212-918-3100
Email: sundeep.iyer@hoganlovells.com


*/s/ Heidi McIntosh (with consent)*
Heidi McIntosh
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
Tel.: (303) 623-9466
E-mail: hmcintosh@earthjustice.org

*Counsel for National Parks Conservation Association, The Wilderness Society, Defenders of Wildlife, Grand Canyon Trust, Great Old Broads for Wilderness, Western Watersheds Project, WildEarth Guardians, Sierra Club, and Center for Biological Diversity*

</div>

*/s/ Katherine Desormeau (with consent)*
Katherine Desormeau
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Tel.: (415) 875-6158
E-mail: kdesormeau@nrdc.org
*Counsel for Natural Resources Defense Council*

*/s/ Anthony L. Rampton (with consent)*
Anthony L. Rampton
UTAH ATTORNEY GENERAL'S OFFICE
5110 State Office Building
Salt Lake City, UT 84114
(801) 537-9819
Email: arampton@agutah.gov

Megan Evelyn Garrett
Richard Ellison Mansfield
MITCHELL BARLOW & MANSFIELD, P.C.
9 Exchange Place, Suite 600
Salt Lake City, UT 84111
316-308-0632
Email: mgarrett@mbmlawyers.com

Tyler R. Green
CONSOVOY MCCARTHY PLLC
222 S. Main Street
5th Floor
Salt Lake City, UT 84101
703-243-9423
Email: tyler@consovoymccarthy.com

*Attorneys for the State of Utah*

*/s/ Jeffrey W. McCoy (with consent)*
JEFFREY W. McCOY (Colo. Bar No. 43562)
(*admitted pro hac vice*)
jmccoy@pacificlegal.org
OLIVER J. DUNFORD (Ohio Bar No.73933)
odunford@pacificlegal.org
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111

*Attorneys for Defendants-Intervenors Brian Sulser, Big Game Forever, Sportsmen for Fish & Wildlife, Utah Bowmen's Association, Utah Wild Sheep Foundation, Michael Noel, and Sandy and Gail Johnson*

JONATHAN WOOD
D.C. Bar No. 1045015
jwood@pacificlegal.org
TODD F. GAZIANO
Tex. Bar No. 07742200
tgaziano@pacificlegal.org
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 610
Arlington, Virginia 22201
Telephone: (202) 888-6881

*(signatures continued on the next page)*

*/s/ William G. Myers III (with consent)*
William G. Myers III
DC Bar No. 408573
HOLLAND & HART LLP
P.O. Box 2527
Boise, Idaho 83701-2527
Telephone: (208) 342-5000
E-mail: wmyers@hollandhart.com

Victoria A. Marquis
Montana Bar No. 13226
*(admitted pro hac vice)*
HOLLAND & HART LLP
P.O. Box 639
Billings, Montana 59103
Telephone: (406) 252-2166
E-mail: vamarquis@hollandhart.com

*Attorneys for Defendant-Intervenors American Farm Bureau Federation and Utah Farm Bureau Federation*

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2021, I electronically filed the foregoing document and its attachment with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all parties.

<div style="text-align:right">

*/s/ Romney S. Philpott*
Romney S. Philpott

</div>