**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| HOPI TRIBE, *et al*., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:17-cv-02590 (TSC) |
| | ) | |
| JOSEPH R. BIDEN, in his official capacity as President of the United States,  *et al*., | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| UTAH DINÉ BIKÉYAH, *et al*., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:17-cv-02605 (TSC) |
| | ) | |
| JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al*., | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| NATURAL RESOURCES DEFENSE COUNCIL, *et al*., | ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 1:17-cv-02606 (TSC) |
| v. | ) | |
| | ) | |
| JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al*., | ) ) | |
| | ) | **CONSOLIDATED CASES** |
| Defendants. | ) | |
| | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's July 1, 2021 minute order, the parties hereby submit this joint

status report.

1

The Court has ordered the parties to file joint status reports every thirty days addressing how this case should proceed in light of Executive Order 13990, entitled "Protecting Public Health and the Environment and Restoring Science to Tackle the Climate Crisis," 86 Fed. Reg. 7,037 (Jan. 20, 2021) (hereinafter "E.O. 13990"). *See* ECF No. 201.  E.O. 13990 instructed the Secretary of the Interior ("Secretary") to, in consultation with the Attorney General, the Secretaries of Agriculture and Commerce, the Chair of the Council on Environmental Quality, and Tribal governments, conduct a review of "the monument boundaries and conditions that were established by Proclamation 9681  . . . to determine whether restoration of the monument boundaries and conditions that existed as of January 20, 2017 would be appropriate."  E.O. 13990, § 3(a).  Section 3(b) of  E.O. 13990 further instructed the Secretary to submit, within sixty days, a report to the President summarizing the findings of the review—and making recommendations for "such Presidential actions or other actions consistent with law as the Secretary may consider appropriate to carry out the policy" set forth in the executive order. *Id.* § 3(b).

As reported by the parties in previous status reports, on June 2, 2021 the Department of the Interior submitted the report required under E.O. 13990 to the President.  ECF Nos. 202, 203, & 207.  The report remains under review.  No further action has occurred at this time.  The parties believe that the Court should continue the stay to allow the President to consider the findings and recommendations in the report.

Respectfully submitted this 13th day of September, 2021,


TODD KIM
Assistant Attorney General

   */s/ Romney S. Philpott*
Romney S. Philpott                              Judith E. Coleman

U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th St., #370
Denver, CO 80202
Phone:  303-844-1810
Fax:  303-844-1350
E-mail:  Romney.Philpott@usdoj.gov

U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Benjamin Franklin Station
Washington, D.C. 20044
Phone: 202-514-3553
E-mail: Judith.Coleman@usdoj.gov

*Attorneys for Federal Defendants*


/s/ Matthew Lee Campbell (with consent)
Matthew Lee Campbell
NATIVE AMERICAN RIGHTS FUND
1506 Broadway
Boulder, CO 80302
Phone: (303) 447-8760
Fax: (303) 443-7776
Email: mcampbell@narf.org

*Attorney for the Hopi Tribe, Ute Mountain
Ute Tribe and Pueblo of Zuni*

/s/ Paul Spruhan (with consent)
Paul Spruhan, Asst. Attorney General
Jason Searle, Attorney
Litigation and Employment Unit
NAVAJO NATION DEPARTMENT OF
JUSTICE
Post Office Box 2010
Window Rock, Arizona (Navajo Nation)
86515
Phone: (928) 871-6210
Fax: (928) 871-6177
Email: pspruhan@nndoj.org
          jasearle@nndoj.org


*Attorneys for the Navajo Nation*


/s/ Rollie Wilson (with consent)
Rollie Wilson
PATTERSON EARNHART REAL BIRD &
WILSON LLP
601 Pennsylvania Ave., NW
South Building, Suite 900
Washington, D.C. 20004
Phone: (202) 434-8093
Fax: (202) 639-8238
Email: rwilson@nativelawgroup.com

*Attorneys for the Ute Indian Tribe*

Jeffrey S. Rasmussen, *pro hac vice*
PATTERSON EARNHART REAL BIRD &
WILSON LLP
1900 Plaza Drive
Louisville, CO 80027
Phone: (303) 926-5292
Fax: (303) 926-5293
Email: jrasmussen@nativelawgroup.com

*(signatures continued on the next page)*

/s/ David Mielke (with consent)
David Mielke
SONOSKY, CHAMBERS, SACHSE,
MILLER, MIELKE & BROWNELL LLP
500 Marquette Avenue, NW
Suite 660
Albuquerque, NM 87102
Phone: (505) 247-0147
Fax: (505) 843-6912
Email: dmielke@abqsonosky.com

*Attorneys for the Zuni Tribe*

Lloyd Miller
SONOSKY, CHAMBERS, SACHSE,
MILLER & MONKMAN LLP
725 East Fireweed Lane
Suite 420
Anchorage, AK 99503
Phone: (907) 258-6377
Fax: (907) 272-8332
Email: lloyd@sonosky.net

/s/ Adam Kushner (with consent)
Adam Kushner
Hogan Lovells US LLP
555 Thirteenth Street NW
Washington, D.C. 20004
Phone: 202-637-5600
Fax: 202-637-5910
E-mail: adam.kushner@hoganlovells.com

*Attorneys for Plaintiffs Utah Diné Bikéyah,
Friends of Cedar Mesa, Archaeology
Southwest, Conservation Lands Foundation,
Inc., Patagonia Works, The Access Fund, the
National Trust for Historic Preservation, and
the Society of Vertebrate Paleontology*

Sundeep Iyer
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
Phone: 212-918-3000
Fax: 212-918-3100
Email: sundeep.iyer@hoganlovells.com

/s/ Stephen H. M. Bloch (with consent)
Stephen H.M. Bloch
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, UT 84111
Tel.: (801) 486-3161
E-mail: steve@suwa.org

*Counsel for Southern Utah Wilderness
Alliance*

/s/ Heidi McIntosh (with consent)
Heidi McIntosh
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
Tel.: (303) 623-9466
E-mail: hmcintosh@earthjustice.org

*Counsel for National Parks Conservation
Association, The Wilderness Society,
Defenders of Wildlife, Grand Canyon Trust,
Great Old Broads for Wilderness, Western
Watersheds Project, WildEarth Guardians,
Sierra Club, and Center for Biological
Diversity*

4

*(signatures continued on the next page)*

/s/ Katherine Desormeau (with consent)
Katherine Desormeau
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Tel.: (415) 875-6158
E-mail: kdesormeau@nrdc.org
*Counsel for Natural Resources Defense
Council*


/s/ Anthony L. Rampton (with consent)
Anthony L. Rampton
UTAH ATTORNEY GENERAL'S OFFICE
5110 State Office Building
Salt Lake City, UT 84114
(801) 537-9819
Email: arampton@agutah.gov

Megan Evelyn Garrett
Richard Ellison Mansfield
MITCHELL BARLOW & MANSFIELD,
P.C.
9 Exchange Place, Suite 600
Salt Lake City, UT 84111
316-308-0632
Email: mgarrett@mbmlawyers.com

*Attorneys for the State of Utah*

Tyler R. Green
CONSOVOY MCCARTHY PLLC
222 S. Main Street
5th Floor
Salt Lake City, UT 84101
703-243-9423
Email: tyler@consovoymccarthy.com


/s/ Jeffrey W. McCoy (with consent)
JEFFREY W. McCOY (Colo. Bar No. 43562)
(*admitted pro hac vice*)
jmccoy@pacificlegal.org
OLIVER J. DUNFORD (Ohio Bar No.73933)
odunford@pacificlegal.org
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111

*Attorneys for Defendants-Intervenors
Brian Sulser, Big Game Forever, Sportsmen
for Fish & Wildlife, Utah Bowmen's*

TODD F. GAZIANO
Tex. Bar No. 07742200
tgaziano@pacificlegal.org
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 610
Arlington, Virginia 22201
Telephone: (202) 888-6881

5

*Association, Utah Wild Sheep Foundation,*
*Michael Noel, and Sandy and Gail Johnson*          *(signatures continued on the next page)*


<u>*/s/ William G. Myers III (with consent)*</u>
William G. Myers III
DC Bar No. 408573
HOLLAND & HART LLP
P.O. Box 2527
Boise, Idaho 83701-2527
Telephone: (208) 342-5000
E-mail: wmyers@hollandhart.com

Victoria A. Marquis
Montana Bar No. 13226
*(admitted pro hac vice)*
HOLLAND & HART LLP
P.O. Box 639
Billings, Montana 59103
Telephone: (406) 252-2166
E-mail: vamarquis@hollandhart.com

*Attorneys for Defendant-Intervenors*
*American Farm Bureau Federation and Utah*
*Farm Bureau Federation*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2021, I electronically filed the foregoing document and its attachment with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all parties.

_/s/ Romney S. Philpott_
Romney S. Philpott