IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HOPI TRIBE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:17-cv-02590 (TSC) |
| | ) | |
| JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| UTAH DINÉ BIKÉYAH, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:17-cv-02605 (TSC) |
| | ) | |
| JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 1:17-cv-02606 (TSC) |
| v. | ) | |
| | ) | |
| JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*, | ) | |
| | ) | **CONSOLIDATED CASES** |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's March 8, 2021 Order, and July 1, 2021 and September 30, 2021 minute orders, the parties hereby submit this joint status report.

1

On October 8, 2021, the President issued Proclamation 10285, addressing the Bears Ears National Monument. 86 Fed. Reg. 57,321-334 (Oct. 15, 2021). By its terms, Proclamation 10285 "confirms, restores, and supplements the boundaries and protections provided by Proclamation 9558, including the continued reservation of land added to the monument by Proclamation 9681 of December 4, 2017." *Id.* at 57,321.

Previously, in its March 8, 2021 Order, the Court ordered the parties to file status reports, every 30 days, advising the Court:

> 1) whether the current dispute has been mooted or the parties anticipate that it will be mooted; 2) whether the parties wish to stay this action for any reason, including the parties' negotiations over resolving this dispute; or 3) whether the parties agree that this litigation should continue as anticipated pursuant to the federal rules, local rules or a scheduling order.

ECF No. 201. The Court reiterated the requirement that the parties file joint status reports every 30 days in minute orders dated July 1, 2021 and September 30, 2021.

As reported in the prior status report, the parties (primarily the Plaintiffs and Federal Defendants) are attempting to reach a resolution regarding how, if at all, this case should proceed. Months ago, the Federal Defendants provided a response to a proposed resolution provided by Plaintiffs and Plaintiffs are continuing to evaluate this response. Accordingly, additional time is necessary to determine whether the parties can reach an agreement.

All the parties, except for Intervenor-Defendant State of Utah, Intervenor-Defendant American Farm Bureau Federation, and Intervenor-Defendant Utah Farm Bureau Federation, believe that the Court should allow an additional thirty days to continue these discussions, so that the parties are in a better position to formulate their responses to the Court's inquiries set forth in its March 8, 2021 Order.

The position of the State of Utah is that an additional 30-day delay in resolving this case

is inappropriate because—despite now having had twenty-one months to do so—the Plaintiffs and the Federal Defendants have not provided information to the State of Utah justifying any contention that the case is not now moot. Counsel for Hopi Tribe, Ute Mountain Ute Tribe, Pueblo of Zuni, Navajo Nation, Utah Diné Bikéyah Plaintiffs, and NRDC Plaintiffs respond that the State of Utah has not contacted them to request a discussion regarding their position on mootness.

The American Farm Bureau Federation and Utah Farm Bureau Federation take no position on the additional thirty days.

Respectfully submitted this 14th day of July, 2023,

TODD KIM
Assistant Attorney General

  */s/ Romney S. Philpott*
Romney S. Philpott
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th St., #370
Denver, CO 80202
Phone:  303-844-1810
Fax:  303-844-1350
E-mail:  Romney.Philpott@usdoj.gov

*Attorneys for Federal Defendants*

Judith E. Coleman
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Benjamin Franklin Station
Washington, D.C. 20044
Phone: 202-514-3553
E-mail: Judith.Coleman@usdoj.gov

*/s/ Matthew Lee Campbell (with consent)*
Matthew Lee Campbell
NATIVE AMERICAN RIGHTS FUND
1506 Broadway
Boulder, CO 80302
Phone: (303) 447-8760
Fax: (303) 443-7776
Email: mcampbell@narf.org

*/s/ Paul Spruhan (with consent)*
Paul Spruhan, Asst. Attorney General
Litigation and Employment Unit
NAVAJO NATION DEPARTMENT OF JUSTICE
Post Office Box 2010
Window Rock, Arizona (Navajo Nation) 86515
Phone: (928) 871-6210
Fax: (928) 871-6177

*Attorney for the Hopi Tribe, Ute Mountain Ute Tribe and Pueblo of Zuni*

Email: pspruhan@nndoj.org

*Attorneys for the Navajo Nation*

*/s/ Rollie Wilson (with consent)*
Rollie Wilson
PATTERSON EARNHART REAL BIRD & WILSON LLP
601 Pennsylvania Ave., NW
South Building, Suite 900
Washington, D.C. 20004
Phone: (202) 434-8093
Fax: (202) 639-8238
Email: rwilson@nativelawgroup.com

*Attorneys for the Ute Indian Tribe*

Jeffrey S. Rasmussen, *pro hac vice*
PATTERSON EARNHART REAL BIRD & WILSON LLP
1900 Plaza Drive
Louisville, CO 80027
Phone: (303) 926-5292
Fax: (303) 926-5293
Email: jrasmussen@nativelawgroup.com

*/s/ David Mielke (with consent)*
David Mielke
SONOSKY, CHAMBERS, SACHSE, MILLER, MIELKE & BROWNELL LLP
500 Marquette Avenue, NW
Suite 660
Albuquerque, NM 87102
Phone: (505) 247-0147
Fax: (505) 843-6912
Email: dmielke@abqsonosky.com

 *Attorneys for the Zuni Tribe*

Lloyd Miller
SONOSKY, CHAMBERS, SACHSE, MILLER & MONKMAN LLP
725 East Fireweed Lane
Suite 420
Anchorage, AK 99503
Phone: (907) 258-6377
Fax: (907) 272-8332
Email: lloyd@sonosky.net

*/s/ Adam Kushner (with consent)*
Adam Kushner
Hogan Lovells US LLP
555 Thirteenth Street NW
Washington, D.C. 20004
Phone: 202-637-5600
Fax: 202-637-5910
E-mail: adam.kushner@hoganlovells.com

 *Attorneys for Plaintiffs Utah Diné Bikéyah, Friends of Cedar Mesa, Archaeology*

*/s/ Heidi McIntosh (with consent)*
Heidi McIntosh
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
Tel.: (303) 623-9466
E-mail: hmcintosh@earthjustice.org

*Counsel for National Parks Conservation Association, The Wilderness Society, Defenders of Wildlife, Grand Canyon Trust, Great Old Broads for Wilderness, Western*

4

*Southwest, Conservation Lands Foundation, Inc., Patagonia Works, The Access Fund, the National Trust for Historic Preservation, and the Society of Vertebrate Paleontology*

*Watersheds Project, WildEarth Guardians, Sierra Club, and Center for Biological Diversity*

*/s/ Stephen H. M. Bloch (with consent)*
Stephen H.M. Bloch
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, UT 84111
Tel.: (801) 486-3161
E-mail: steve@suwa.org

*Counsel for Southern Utah Wilderness Alliance*

*/s/ Katherine Desormeau (with consent)*
Katherine Desormeau
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Tel.: (415) 875-6158
E-mail: kdesormeau@nrdc.org

*Counsel for Natural Resources Defense Council*

*/s/ Kathy A.F. Davis (with consent)*
Kathy A.F. Davis
UTAH ATTORNEY GENERAL'S OFFICE
1954 W. North Temple
Salt Lake City, UT 84114
(801) 888-1876
Email: kathydavis@agutah.gov

Megan Evelyn Garrett
Richard Ellison Mansfield
MITCHELL BARLOW & MANSFIELD, P.C.
9 Exchange Place, Suite 600
Salt Lake City, UT 84111
316-308-0632
Email: mgarrett@mbmlawyers.com

Tyler R. Green
CONSOVOY MCCARTHY PLLC
222 S. Main Street
5th Floor
Salt Lake City, UT 84101
703-243-9423
Email: tyler@consovoymccarthy.com

*Attorneys for the State of Utah*

| | |
|---|---|
| /s/ *Jeffrey W. McCoy (with consent)* | TODD F. GAZIANO |
| JEFFREY W. McCOY (Colo. Bar No. 43562) | Tex. Bar No. 07742200 |
| (*admitted pro hac vice*) | tgaziano@pacificlegal.org |
| jmccoy@pacificlegal.org | Pacific Legal Foundation |
| OLIVER J. DUNFORD (Ohio Bar No.73933) | 3100 Clarendon Blvd., Suite 610 |
| odunford@pacificlegal.org | Arlington, Virginia 22201 |
| Pacific Legal Foundation | Telephone: (202) 888-6881 |
| 555 Capitol Mall, Sutie 1290 | |
| Sacramento, California 95814 | |
| Telephone: (916) 419-7111 | |

*Attorneys for Defendants-Intervenors Brian Sulser, Big Game Forever, Sportsmen for Fish & Wildlife, Utah Bowmen's Association, Utah Wild Sheep Foundation, Michael Noel, and Sandy and Gail Johnson*

/s/ *William G. Myers III (with consent)*
William G. Myers III
DC Bar No. 408573
HOLLAND & HART LLP
P.O. Box 2527
Boise, Idaho 83701-2527
Telephone: (208) 342-5000
E-mail: wmyers@hollandhart.com

*Attorneys for Defendant-Intervenors American Farm Bureau Federation and Utah Farm Bureau Federation*