**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HOPI TRIBE, *et al.*,<br>Plaintiffs,<br>v.<br>DONALD J. TRUMP, *et al.*,<br>Defendants. | Case No. 17-cv-2590 (TSC) |
| UTAH DINÉ BIKÉYAH, *et al.*,<br>Plaintiffs,<br>v.<br>DONALD J. TRUMP, *et al.*,<br>Defendants. | Case No. 17-cv-2605 (TSC) |
| NATURAL RESOURCES DEFENSE COUNCIL, INC., *et al.*,<br>Plaintiffs,<br>v.<br>DONALD J. TRUMP, *et al.*,<br>Defendants. | Case No. 17-cv-2606 (TSC)<br>**CONSOLIDATED CASES** |

**UDB PLAINTIFFS' MOTION TO REOPEN CASE AND LIFT STAY**

For the reasons explained in the NRDC Plaintiffs' Motion to Reopen Case and Lift Stay (ECF No. 269), which Plaintiffs Utah Diné Bikéyah, *et al.* ("UDB Plaintiffs"), hereby incorporate by reference, UDB Plaintiffs respectfully move the Court to lift the stay in this case

and allow them to proceed with their challenge to President Donald J. Trump's 2017 proclamation that unlawfully dismantled the boundaries and protections of Bears Ears National Monument ("the Monument"). Proclamation No. 9681, 82 Fed. Reg. 58,081 (Dec. 4, 2017); *see* Order on Mot. Consolidate 2, ECF No. 32 (ordering Plaintiffs to "eliminate unnecessary repetition by incorporating one another's filings by reference where possible"). Plaintiffs have attached their Proposed Motion for Leave to File Second Amended and Supplemental Complaint and Proposed Second Amended and Supplemental Complaint, which would streamline the existing claims in this case and add similar legal claims challenging President Trump's second attempt at dismantling the Monument on July 13, 2026. Proclamation No. 11,043, 91 Fed. Reg. 45,169 (July 13, 2026).

Pursuant to Local Civil Rule 7(m), the parties have conferred regarding the motion. Plaintiffs' counsel contacted counsel for Federal Defendants and Intervenor-Defendants the morning of August 31, 2026 requesting their position but, at the time of filing, have not received a response.

**CONCLUSION**

For the reasons stated above and in the NRDC Plaintiffs' Motion to Reopen Case and Lift Stay, UDB Plaintiffs respectfully request that the Court grant their motion to reopen these cases and lift the stay.

Dated: September 2, 2026

Respectfully submitted,

*/s/ James T. Banks*
Adam M. Kushner (D.C. Bar No. 426344)
James T. Banks (D.C. Bar No. 261156)
Michael J. West (D.C. Bar No. 1616572)
Marlan Golden (D.C. Bar. No. 1673073)
Brian Malat (D.C. Bar No. 1736216)
Katherine T. McKay (D.C. Bar No. 90012334)
Keenan Roarty (D.C. Bar No. 90009018)
Rebecca Wilton (D.C. Bar No. 90025084)
HOGAN LOVELLS CADWALADER US LLP
555 Thirteenth Street NW
Washington, DC 20004
Telephone: 202-637-5600
Fax: 202-637-5910
adam.kushner@hlc.com
james.banks@hlc.com

*Attorneys for Utah Diné Bikéyah, Archaeology Southwest, Conservation Lands Foundation, Inc., Patagonia Works, The Access Fund, The National Trust for Historic Preservation, The Society of Vertebrate Paleontology, and A'Nuche, Inc.*