**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

HOPI TRIBE, *et al.*,

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

Defendants.

Case No. 1:17-cv-02590 (TSC)

---

UTAH DINÉ BIKÉYAH, *et al.*,

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

Defendants.

Case No. 1:17-cv-02605 (TSC)

---

NATURAL RESOURCES DEFENSE COUNCIL, *et al.*,

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

Defendants.

Case No. 1:17-cv-02606 (TSC)

**CONSOLIDATED CASES**

**JOINT STATUS REPORT**

Pursuant to the Court's August 10, 2026 Minute Order, the parties submit this joint status report.

On July 23, 2026, the parties filed a joint status report to comply with the Court's November 25, 2024 Order, which had instructed them to file a joint status report within 30 days of the Tenth Circuit Court of Appeals issuing a decision in *Garfield County. v. Biden*, No. 23-4106. In their joint status report, the Parties informed the Court that they were still evaluating the Tenth Circuit's decision (which issued June 23, 2026), as well as President Trump's Proclamation issued Proclamation 11043, *Modifying the Bears Ears National Monument*. 91 Fed. Reg. 45,156-177 (July 17, 2026).

On September 2, 2026, plaintiffs Utah Diné Bikéyah et al., and plaintiffs Natural Resources Defense Council et al., both filed motions to re-open this case, to allow them to file motions seeking leave to file a supplemental complaint under Fed. R. Civ. P. 15(d). Plaintiffs Hopi Tribe et al. support the motions. Defendants and Intervenor-Defendants are evaluating the motions to re-open, and will file responses by the deadline under the Court's local rules. Accordingly, a proposed order, directing Defendants to respond to the motions to re-open by September 16, 2026, is attached.

Respectfully submitted this 8th day of September, 2026,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

*/s/ Romney S. Philpott*
Romney S. Philpott
U.S. Department of Justice
Energy and Natural Resources Division
Natural Resources Section
999 18th St., North Terrace Ste. 600
Denver, CO 80202
Phone: 202-532-5077
Fax: 303-844-1350
E-mail: Romney.Philpott@usdoj.gov

Judith E. Coleman
U.S. Department of Justice
Energy and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Benjamin Franklin Station
Washington, D.C. 20044
Phone: 202-305-5031
E-mail: Judith.Coleman@usdoj.gov

*Attorneys for Federal Defendants*

*/s/ Matthew Campbell (with consent)*
Matthew Campbell
Native American Rights Fund
250 Arapahoe Ave.
Boulder, CO 80302-5821
mcampbell@narf.org
P:303-447-8760
F:303-443-7776

*Attorneys for the Hopi Tribe, Ute Mountain Ute Tribe and Pueblo of Zuni*

*/s/ Sage Metoxen (with consent)*
Sage Metoxen, Asst. Attorney General
Litigation and Employment Unit
NAVAJO NATION DEPARTMENT OF JUSTICE
Post Office Box 2010
Window Rock, Arizona (Navajo Nation) 86515
Phone: (928) 871-6343
Fax: (928) 871-6177
Email: smetoxen@navaho-nsn.gov

*Attorneys for the Navajo Nation*

*/s/ Jeffrey S. Rasmussen, pro hac vice (with consent)*
Jeffrey S. Rasmussen, *pro hac vice*
PATTERSON EARNHART REAL BIRD & WILSON LLP
1900 Plaza Drive
Louisville, CO 80027
Phone: (303) 926-5292
Fax: (303) 926-5293
Email: jrasmussen@nativelawgroup.com

*Attorneys for the Ute Indian Tribe*

*/s/ David Mielke (with consent)*
David Mielke
SONOSKY, CHAMBERS, SACHSE, MILLER, MIELKE & BROWNELL LLP
500 Marquette Avenue, NW
Suite 660
Albuquerque, NM 87102
Phone: (505) 247-0147
Fax: (505) 843-6912
Email: dmielke@abqsonosky.com

Lloyd Miller
SONOSKY, CHAMBERS, SACHSE, MILLER & MONKMAN LLP
510 L Street
Suite 310
Anchorage, AK 99501
Phone: (907) 258-6377
Fax: (907) 272-8332
Email: lloyd@sonosky.net

*Attorneys for the Zuni Tribe*

*/s/ Adam Kushner (with consent)*
Adam Kushner
Hogan Lovells Cadwalader US LLP

*/s/ Thomas Delehanty (with consent)*
Thomas Delehanty
Heidi McIntosh

555 Thirteenth Street NW
Washington, D.C. 20004
Phone: 202-637-5600
Fax: 202-637-5910
E-mail: adam.kushner@hlc.com

*Attorneys for Plaintiffs Utah Diné Bikéyah, Friends of Cedar Mesa, Archaeology Southwest, Conservation Lands Foundation, Inc., Patagonia Works, The Access Fund, the National Trust for Historic Preservation, and the Society of Vertebrate Paleontology*

Earthjustice Rocky Mountain Office
1125 17th Street, Suite 1010
Denver, CO 80202
(303) 996-9628
tdelehanty@earthjustice.org

*Counsel for National Parks Conservation Association, The Wilderness Society, Defenders of Wildlife, Grand Canyon Trust, Great Old Broads for Wilderness, Western Watersheds Project, WildEarth Guardians, Sierra Club, and Center for Biological Diversity*

/s/ Jacqueline Iwata (with consent)
Jacqueline Iwata
Natural Resources Defense Council
1152 15th Street Suite 300
Washington, DC 20005
Tel.: (202) 836-9451
E-mail: jiwata@nrdc.org

Katherine Desormeau
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Tel.: (415) 875-6158
E-mail: kdesormeau@nrdc.org

*Counsel for Natural Resources Defense Council*

/s/ Stephen H. M. Bloch (with consent)
Stephen H.M. Bloch
Hanna Larsen
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, UT 84111
Tel.: (801) 486-3161
E-mail: steve@suwa.org
hanna@suwa.org

*Counsel for Southern Utah Wilderness Alliance*

/s/ Jason L. DeForest (with consent)
Jason L. DeForest
UTAH ATTORNEY GENERAL'S OFFICE
1954 W. North Temple
Salt Lake City, UT 84114
(385) 395-9884
Email: jdeforest@agutah.gov

Tyler R. Green
CONSOVOY MCCARTHY PLLC
222 S. Main Street
5th Floor
Salt Lake City, UT 84101

703-243-9423
Email: tyler@consovoymccarthy.com

Megan Evelyn Garrett
Richard Ellison Mansfield
MITCHELL BARLOW & MANSFIELD, P.C.
9 Exchange Place, Suite 600
Salt Lake City, UT 84111
316-308-0632
Email: mgarrett@mbmlawyers.com

*Attorneys for the State of Utah*

*/s/ Jeffrey W. McCoy (with consent)*
JEFFREY W. McCOY (Colo. Bar No. 43562)
(*admitted pro hac vice*)
jmccoy@pacificlegal.org
OLIVER J. DUNFORD (Ohio Bar No.73933)
odunford@pacificlegal.org
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111

TODD F. GAZIANO
Tex. Bar No. 07742200
tgaziano@pacificlegal.org
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 610
Arlington, Virginia 22201
Telephone: (202) 888-6881

*Attorneys for Defendants-Intervenors Brian Sulser, Big Game Forever, Sportsmen for Fish & Wildlife, Utah Bowmen's Association, Utah Wild Sheep Foundation, Michael Noel, and Sandy and Gail Johnson*

*/s/ William G. Myers III (with consent)*
William G. Myers III
DC Bar No. 408573
HOLLAND & HART LLP
P.O. Box 2527
Boise, Idaho 83701-2527
Telephone: (208) 342-5000
E-mail: wmyers@hollandhart.com

*Attorneys for Defendant-Intervenors American Farm Bureau Federation and Utah Farm Bureau Federation*