**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HOPI TRIBE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-02590 (TSC) |
| UTAH DINÉ BIKÉYAH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-02605 (TSC) |
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-02606 (TSC)<br><br>**CONSOLIDATED CASES** |

**[PROPOSED] ORDER**

This matter is before the Court following the parties' joint status report filed on September 8, 2026. Upon consideration of the joint status report, it is hereby Ordered that Defendants and Intervenor Defendants shall file their responses, if any, to the Plaintiffs' Motions to Reopen this case on or before September 16, 2026.

DATED: ________________ ________________________________________

TANYA S. CHUTKAN
UNITED STATES DISTRICT JUDGE