**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HOPI TRIBE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-02590 (TSC)<br>[LEAD CASE]<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL BY ROBERT E. MANSFIELD** |
| UTAH DINÉ BIKÉYAH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants, | Case No. 1:17-cv-2605 (TSC) |
| NATURAL RESOURCE DEFENSE COUNCIL, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants.<br><br>STATE OF UTAH, *et al.*,<br><br>Defendants-Intervenors. | Case No. 1:17-cv-2606 (TSC) |

PLEASE TAKE NOTICE that, pursuant to LCvR 83.6(b), Robert E. Mansfield hereby withdraws his appearance in the above-captioned matter as counsel for Intervenor-Defendant State of Utah and should be removed from the service and ECF list. Mr. Jason DeForest remains counsel of record for Intervenor-Defendant State of Utah in this case. Mr. Mansfield's

withdrawal will in no way delay the proceedings in the above-captioned case. Mr. Mansfield has notified his client of this request and hereby notifies opposing counsel of this request. All notices and copies of pleadings, papers, and other material relevant to this action should continue to be directed and served upon the following:

Jason L. DeForest
UTAH ATTORNEY GENERAL'S OFFICE
1594 W. North Temple St
Ste 300
Salt Lake City, UT 84116
385-395-9884
Email: jdeforest@agutah.gov

DATED: September 9, 2026

Respectfully Submitted,

*/s/ Robert E. Mansfield*
Robert E. Mansfield (Utah Bar No. 6272)
Megan E. Garrett (Utah Bar No. 11650)
MITCHELL BARLOW & MANSFIELD, P.C.
Nine Exchange Place, Suite 600
Salt Lake City, UT 84111
RMansfield@mbmlawyers.com
MGarrett@mbmlawyers.com
(801) 998-8888

**APPROVED BY CLIENT STATE OF UTAH:**

*/s/Jason L. DeForest*
Jason L. DeForest
UTAH ATTORNEY GENERAL'S OFFICE
1594 W. North Temple St
Ste 300
Salt Lake City, UT 84116
385-395-9884
Email: jdeforest@agutah.gov
(signed with permission granted September 9, 2026)