AO 154 (10 03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of Coumbia

*See Attached*

Plaintiff (s),

V.

Joseph R. Biden

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** *See Attached*

Notice is hereby given that, subject to approval by the court, the Ute Indian Tribe (Party (s) Name) substitutes Ben Fenner (Name of New Attorney), State Bar No. 1011266 as counsel of record in place of Rollie Wilson (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Patterson Real Bird & Rasmussen LLP

Address: 601 Pennsylvania Ave

Telephone: (202) 434-8903 Facsimile (202) 639-8238

E-Mail (Optional): bfenner@nativelawgroup.com

I consent to the above substitution.

Date: September 1, 2026

(Signature of Party (s))

I consent to being substituted.

Date: September 13, 2026

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 8/20/2026

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: ____________________

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

HOPI TRIBE, *et al.*,

Plaintiffs,

v.

JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*,

Defendants.

Case No. 1:17-cv-02590 (TSC)

---

UTAH DINÉ BIKÉYAH, *et al.*,

Plaintiffs,

v.

JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*,

Defendants.

Case No. 1:17-cv-02605 (TSC)

---

NATURAL RESOURCES DEFENSE COUNCIL, *et al.*,

Plaintiffs,

v.

JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*,

Defendants.

Case No. 1:17-cv-02606 (TSC)

**CONSOLIDATED CASES**