AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

HOPI TRIBE, et al.
*Plaintiff*
v.
TRUMP, et al.
*Defendant*

Case No. 1:17-cv-02590-TSC

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UDB Plaintiffs .

Date: 09/25/2026

/s/ Hilary Tompkins
*Attorney's signature*

Hilary Tompkins DC Bar # 252895
*Printed name and bar number*

555 Thirteenth Street NW
Washington, DC 20004
*Address*

hilary.tompkins@hlc.com
*E-mail address*

(202) 637-5600
*Telephone number*

(202) 637-5910
*FAX number*