**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HOPI TRIBE, *et al.*,<br>Plaintiffs,<br>v.<br>DONALD J. TRUMP, *et al.*,<br>Defendants. | Case No. 1:17-cv-2590 (TSC) |
| UTAH DINÉ BIKÉYAH, *et al.*,<br>Plaintiffs,<br>v.<br>DONALD J. TRUMP, *et al.*,<br>Defendants. | Case No. 1:17-cv-2605 (TSC) |
| NATURAL RESOURCES DEFENSE COUNCIL, INC., *et al.*,<br>Plaintiffs,<br>v.<br>DONALD J. TRUMP, *et al.*,<br>Defendants. | Case No. 1:17-cv-2606 (TSC)<br><br>**CONSOLIDATED CASES** |
| AMERICAN FARM BUREAU FEDERATION, *et al.*,<br>Defendants-Intervenors. | |

**[PROPOSED] ORDER GRANTING STATUS CONFERENCE**

Upon consideration of NRDC and UDB Plaintiffs' Motion for a Status Conference, it is hereby ordered that the motion is GRANTED. A status conference is set for ________________, 2026, at ____________ a.m./p.m. before Judge Tanya S. Chutkan in Courtroom ________________.

IT IS SO ORDERED.

DATED: ____________________

______________________________________________
TANYA S. CHUTKAN
UNITED STATES DISTRICT COURT JUDGE