AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

HOPI TRIBE, et al.
*Plaintiff*
v.
DONALD J. TRUMP, et al.
*Defendant*

Case No. 1:17-cv-02590 (TSC)

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Hopi Tribe, Ute Mountain Ute Tribe, and Zuni Tribe .

Date: 10/13/2026

/s/ Leonard R. Powell
*Attorney's signature*

Leonard R. Powell (D.C. Bar No. 1048832)
*Printed name and bar number*

Native American Rights Fund
950 F Street NW, Suite 1050
Washington, DC 20004
*Address*

powell@narf.org
*E-mail address*

(202) 785-4166
*Telephone number*

(202) 822-0068
*FAX number*