**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HOPI TRIBE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-02590 (TSC) |
| UTAH DINÉ BIKÉYAH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants, | Case No. 1:17-cv-2605 (TSC) |
| NATURAL RESOURCE DEFENSE COUNCIL, INC., *et al.*,<br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants,<br><br>STATE OF UTAH, *et al.*,<br><br>Defendants-Intervenors. | Case No. 1:17-cv-2606 (TSC) |

**DEFENDANT-INTERVENOR STATE OF UTAH'S MOTION TO APPEAR REMOTELY FOR SCHEDULED STATUS CONFERENCE**

Defendant-Intervenor State of Utah ("State") respectfully requests the ability to appear via Zoom link in the above-referenced matter. The Court recently granted Plaintiffs' Motions to

Reopen Case and Lift Stay and subsequently set a status conference for October 15, 2026 in the U.S. District Court for the District of Columbia. Dkt. 286. Counsel for the State of Utah is currently traveling for unrelated court hearings in the State of Montana and unable to return in time to accommodate an in-person appearance. Accordingly, the state of Utah requests an Order allowing for virtual appearance in the October 15, 2026 status conference.

A proposed order allowing the State of Utah to appear remotely is filed concurrently herewith.

Respectfully submitted this 14th Day of October 2026,

*/s/ Jason L. DeForest*
Jason L. DeForest
(Utah Bar No. 14628)
David A. Reay
(Utah Bar No. 14764)
Assistant Attorneys General
Utah Attorney General's Office
1594 W. North Temple
Salt Lake City, UT 84116
Telephone: (801) 538-7200
jdeforest@agutah.gov
dreay@agutah.gov

Attorneys for Defendant-Intervenor State of Utah

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of October 2026, a true and correct copy of the foregoing DEFENDANT-INTERVENOR STATE OF UTAH'S MOTION TO APPEAR REMOTELY FOR SCHEDULED STATUS CONFERENCE has been served upon all parties and/or attorneys by submitting the same for electronic filing with the Court through the CM/ECF system.

*/s/ Jason L. DeForest*
Jason L. DeForest
Assistant Attorney General
Attorney for Defendant-Intervenor State of Utah