**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HOPI TRIBE, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.,*<br><br>Defendants. | Case No. 1:17-cv-02590 (TSC) |
| UTAH DINÉ BIKÉYAH, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.,*<br><br>Defendants. | Case No. 1:17-cv-02605 (TSC) |
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.,*<br><br>Defendants. | Case No. 1:17-cv-02606 (TSC)<br><br>**CONSOLIDATED CASES** |

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that David A. Reay of the Utah Attorney General's Office hereby enters his appearance as counsel of record for Defendant-Intervenor State of Utah in the above-captioned matter. The undersigned respectfully requests that all notices, pleadings, orders, and other papers filed in this matter be served upon him at the address set forth below.

October 14, 2026

Respectfully submitted,

/s/ David A. Reay

David A. Reay (Utah Bar No. 14764)
Assistant Attorney General
Utah Attorney General's Office
1594 W. North Temple
Salt Lake City, UT 84116
Telephone: (801) 538-7200
dreay@agutah.gov

Attorney for Defendant-Intervenor State of Utah

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14 day of October 2026, a true and correct copy of the foregoing NOTICE OF APPEARANCE OF COUNSEL has been served upon all parties and/or attorneys by submitting the same for electronic filing with the Court through the CM/ECF system.

/s/ David A. Reay
David A. Reay
Assistant Attorney General
Attorney for Defendant-Intervenor State of Utah