**IN THE UNITED STATES DISTRICT AND BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HOPI TRIBE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 1:17-cv-02590 (TSC) |
| UTAH DINÉ BIKÉYAH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 1:17-cv-02605 (TSC) |
| NATURAL RESOURCES DEFENSE COUNCIL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 1:17-cv-02606 (TSC)<br><br>**CONSOLIDATED CASES** |

**PLAINTIFF NAVAJO NATION'S NOTICE OF SUBSTITUTION OF COUNSEL**

Plaintiff Navajo Nation hereby gives notice that Katherine Belzowski is substituted for Jason Searle, Paul Spruhan, and Ethel Branch as counsel of record for the Tribe.

Please update your service lists accordingly.

Dated: October 14, 2026

Respectfully submitted,

/s/ *Katherine Belzowski*
Kathrine Belzowski, Asst. Attorney General
Navajo Nation Department of Justice
Post Office Box 2010
Window Rock, Arizona 86515-2010
kbelzowski@navajo-nsn.gov
Phone: 928-871-6210
Fax: 928-871-6177