**IN THE UNITED STATES DISTRICT AND BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HOPI TRIBE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 1:17-cv-02590 (TSC) |
| UTAH DINÉ BIKÉYAH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 1:17-cv-02605 (TSC) |
| NATURAL RESOURCES DEFENSE COUNCIL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 1:17-cv-02606 (TSC)<br><br>**CONSOLIDATED CASES** |

**PLAINTIFF NAVAJO NATION'S MOTION TO APPEAR REMOTELY FOR SCHEDULED STATUS CONFERENCE**

Plaintiff Navajo Nation ("Navajo Nation") respectfully requests the ability to appear via Zoom link in the above-referenced matter. Counsel for the Navajo Nation is currently unable to

accommodate an in-person appearance. Accordingly, the Navajo Nation requests an Order allowing for virtual appearance in the October 15, 2026 status conference.

A proposed order allowing the Navajo Nation to appear remotely is filed concurrently herewith.

Dated: October 14, 2026

Respectfully submitted,

/s/ *Katherine Belzowski*

Kathrine Belzowski, Asst. Attorney General
Navajo Nation Department of Justice
Post Office Box 2010
Window Rock, Arizona 86515-2010
kbelzowski@navajo-nsn.gov
Phone: 928-871-6210
Fax: 928-871-6177