**IN THE UNITED STATES DISTRICT AND BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HOPI TRIBE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 1:17-cv-02590 (TSC) |
| UTAH DINÉ BIKÉYAH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 1:17-cv-02605 (TSC) |
| NATURAL RESOURCES DEFENSE COUNCIL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 1:17-cv-02606 (TSC)<br><br>**CONSOLIDATED CASES** |

**[PROPOSED] ORDER GRANTING NAVAJO NATION'S MOTION TO APPEAR REMOTELY**

Upon consideration on Plaintiff Navajo Nation's Motion to Appear Remotely, and for good cause, it is hereby ordered that the Motion is GRANTED. Counsel for the Navajo Nation may appear remotely for the status conference for October 15, 2026.

SO ORDERED

TANYA S. CHUTKAN
United States District Judge