**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HOPI TRIBE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No. 17-cv-2590 (TSC) |
| UTAH DINÉ BIKÉYAH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No. 17-cv-2605 (TSC) |
| NATURAL RESOURCES DEFENSE COUNCIL, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No. 17-cv-2606 (TSC)<br><br>**CONSOLIDATED CASES** |

**UDB PLAINTIFFS' [PROPOSED] MOTION FOR LEAVE TO FILE SECOND AMENDED AND SUPPLEMENTAL COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 15(a)(2) and 15(d), and the for the reasons explained in the NRDC Plaintiffs' Proposed Motion for Leave to File Second Amended and

Supplemental Comlpaint (ECF No. 269-1), which Plaintiffs Utah Diné Bikéyah, *et al.* ("UDB Plaintiffs") hereby incorporate by reference, UDB Plaintiffs respectfully move for leave to file the attached proposed Second Amended and Supplemental Complaint to add claims challenging President Trump's July 13, 2026 proclamation removing protections from almost 90 percent of the Bears Ears National Monument. Proclamation No. 11,043, 91 Fed. Reg. 45,169 (July 13, 2026) ("2026 Revocation Proclamation"); *see* Order on Mot. Consolidate 2, ECF No. 32 (ordering Plaintiffs to "eliminate unnecessary repetition by incorporating one another's filings by reference where possible"). The Proposed Supplemental Complaint also adds one plaintiff, A'Nuche, Inc., and reflects the voluntary withdrawal of plaintiff Friends of Cedar Mesa. *See Appeal of D.C. Nurses' Ass'n*, 854 F.2d 1448, 1449 (D.C. Cir. 1988) (per curiam) (recognizing that one plaintiff was "remove[d] as a party" when remaining plaintiffs "filed a motion to amend their complaint" excluding that plaintiff); *Lannan Found. v. Gingold*, 300 F. Supp. 3d 1, 12 (D.D.C. 2017) (supplemental complaint may add new parties); Fed. R. Civ. P. 20 (governing joinder of parties); Fed. R. Civ. P. 21 (providing that "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party").

The Proposed Supplemental Complaint promotes judicial economy because the 2026 Revocation Proclamation raises the same legal issues as the 2017 proclamation challenged in Plaintiffs' original complaint in this case, Proclamation No. 9681, 82 Fed. Reg. 58,081 (Dec. 4, 2017). Both proclamations purport to dismantle Bears Ears National Monument; both proclamations cause Plaintiffs the same types of harm; and both proclamations are unlawful in the same way: the President acted without any grant of statutory or constitutional authority despite purporting to do so under the Antiquities Act of 1906, 54 U.S.C. § 320301. Because of that shared nucleus of factual and legal issues, which stem from the President's replication of the

same unlawful conduct, resolving Plaintiffs' challenge to both proclamations through a single complaint will advance judicial economy without prejudicing any party.

Conferring on their Motion to Reopen and Lift the Stay, Plaintiffs' counsel contacted counsel for Federal Defendants and Intervenor-Defendants on August 31, 2026 and indicated their intent to seek leave to amend and supplement their complaint if the Court granted the Motion to Reopen and Lift the Stay. Plaintiffs did not receive a response to that conferral.

Pursuant to Local Civil Rule 7(i), a copy of the Proposed Second Amended and Supplemental Complaint is attached as Exhibit A to this motion. If the Court grants the motion, Plaintiffs request that the Court order the parties to confer and, within 30 days of its order, jointly (if possible) submit a proposed schedule for the submission of further pleadings and briefing in the case.

## CONCLUSION

For the reasons stated above and in the NRDC Plaintiffs' Motion to Reopen Cases and Lift Stay, the Court should grant UDB Plaintiffs' motion for leave to amend and supplement the complaint along with Plaintiffs' request that the Court order the parties to confer and jointly (if possible) submit a schedule, within 30 days of its order, for the submission of further pleadings and briefing in the case.

Dated: September 2, 2026

Respectfully submitted,

*/s/ James T. Banks*
Adam M. Kushner (D.C. Bar No. 426344)
James T. Banks (D.C. Bar No. 261156)
Michael J. West (D.C. Bar No. 1616572)
Marlan Golden (D.C. Bar. No. 1673073)
Brian Malat (D.C. Bar No. 1736216)
Katherine T. McKay (D.C. Bar No. 90012334)
Keenan Roarty (D.C. Bar No. 90009018)
Rebecca Wilton (D.C. Bar No. 90025084)
HOGAN LOVELLS CADWALADER US LLP
555 Thirteenth Street NW
Washington, DC 20004
Telephone: 202-637-5600
Fax: 202-637-5910
adam.kushner@hlc.com
james.banks@hlc.com

*Attorneys for Utah Diné Bikéyah, Archaeology Southwest, Conservation Lands Foundation, Inc., Patagonia Works, The Access Fund, The National Trust for Historic Preservation, The Society of Vertebrate Paleontology, and A'Nuche, Inc.*