**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HOPI TRIBE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-02590 (TSC) |
| UTAH DINÉ BIKÉYAH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-02605 (TSC) |
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-02606 (TSC)<br><br>**CONSOLIDATED CASES** |

**FEDERAL DEFENDANTS' UNOPPOSED MOTION TO HOLD ANSWER DEADLINE IN ABEYANCE**

Federal Defendants respectfully request that the Court hold in abeyance any deadline for

Federal Defendants and Defendant-Intervenors to respond to the Plaintiffs' second amended and supplemental Complaints until the Court issues a briefing schedule in this case. As grounds therefore, Federal Defendants state as follows.

Plaintiffs Natural Resources Defense Council *et al*. ("NRDC Plaintiffs") and Utah Dine Bikeyah *et al*. ("UDB Plaintiffs") each filed motions seeking leave to file a second amended and supplemental complaint. ECF Nos. 296 & 297. At the status conference in this case on October 15, plaintiffs Hopi Tribe *et al*. (the "Tribal Nation Plaintiffs") indicated that they intend to file a second amended and supplemental complaint as well.[1] By minute order dated October 21, 2026, the Court granted the NRDC Plaintiffs' and UDB Plaintiffs' motions for leave, and directed the Clerk of Court to docket their proposed complaints.

Under Rule 15(a)(3) of the Federal Rules of Civil Procedure, a response to an amended complaint must be filed within 14 days after service of the amended filing. Under Rule 15(d), the "court may order that the opposing party plead to the supplemental pleading within a specified time."

Here, it is not clear which subsection of Rule 15 applies, and whether (and when) a response to the second amended and supplemental complaints is due. Further, the Court has ordered the parties to tender a proposed briefing schedule by November 16. During a previous phase of this litigation, under similar circumstances, the parties jointly proposed as part of their briefing schedule that Defendants' and Defendant-Intervenors' deadline to answer the amended and supplemented complaints "be held in abeyance until further order of the Court." ECF No. 158 at 3.

[1] The Tribal Nation Plaintiffs have not yet moved for leave to file a second amended and supplemental complaint, and Federal Defendants reserve their right to oppose any such motion.

Under these circumstances, Federal Defendants respectfully request that the Court hold in abeyance any deadline for them and Defendant-Intervenors to file a response to the second amended and supplemental complaints until the Court issues an order in response to the parties' proposed briefing schedule(s), which proposed schedule can also address any such deadline.

Federal Defendants have conferred with the other parties and can represent that this request is unopposed.

Respectfully submitted this 26th day of October, 2026,

ADAM R.F. GUSTAFSON
Principal Assistant Attorney General

*/s/ Romney S. Philpott*
Romney S. Philpott
U.S. Department of Justice
Energy and Natural Resources Division
Natural Resources Section
999 18th St., North Tower Ste. 600
Denver, CO 80202
Phone: 202-532-5077
Fax: 303-844-1350
E-mail: Romney.Philpott@usdoj.gov

*Attorneys for Federal Defendants*