**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HOPI TRIBE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. 1:17-cv-2590 (TSC) |
| UTAH DINÉ BIKÉYAH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. 1:17-cv-2605 (TSC) |
| NATURAL RESOURCES DEFENSE COUNCIL, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. 1:17-cv-2606 (TSC)<br><br>**CONSOLIDATED CASES** |

**UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE PROPOSED NOTICE ORDER**

Plaintiffs Hopi Tribe *et al.*, Utah Diné Bikéyah *et al.*, and Natural Resources Defense Council, Inc. *et al*. (collectively, "Plaintiffs") respectfully request that the Court extend the deadline by ten (10) days for the parties to provide a proposed notice order. As grounds therefore, Plaintiffs state the following:

The Court initially ordered the parties to meet and confer and submit a joint proposed order by October 27, 2026 detailing the specifics of the Notice that Federal Defendants must provide to Plaintiffs relating to ground-disturbing activity on lands excluded from the Bears Ears National Monument by Proclamation No. 11043. *See* ECF No. 286. After an initial meeting, Plaintiffs and Federal Defendants requested, and this Court granted, a one-week extension to file the proposed notice order until November 3, 2026. ECF Nos. 302; Oct. 28 Minute Order. Plaintiffs and Federal Defendants have since met again and have continued conferring over the contents of the proposed order. The parties are hopeful they will be able to reach a consensus on a joint proposed notice order, but need additional time to finalize the details and receive necessary approvals.

Plaintiffs therefore respectfully request that the Court extend the parties' deadline to file a joint proposed notice order by ten (10) days to November 13, 2026.

Plaintiffs have conferred with the Federal Defendants and Intervenor-Defendants and can represent that this request is unopposed.

Respectfully submitted this 3rd day of November, 2026.

*/s/ Hanna Larsen*
Stephen H.M. Bloch (D.D.C. Bar # UT0004)
Hanna Larsen (D.D.C. Bar # UT0003)
SOUTHERN UTAH WILDERNESS
ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
Tel: (801) 486-3161
Fax: (801) 486-4233
steve@suwa.org
hanna@suwa.org

*Attorneys for Southern Utah Wilderness Alliance*

*/s/ Thomas Delehanty*
Thomas Delehanty (*pro hac vice*)
Heidi McIntosh (*pro hac vice*)
EARTHJUSTICE
633 17th Street, Suite 1600
Denver, CO 80202
Tel.: (303) 623-9466
Fax: (303) 623-8083
tdelehanty@earthjustice.org
hmcintosh@earthjustice.org

*Attorneys for The Wilderness Society, Grand Canyon Trust, National Parks Conservation Association, Great Old Broads for Wilderness, Western Watersheds Project, WildEarth Guardians, Sierra Club, and Center for Biological Diversity*

*<u>/s/ Jacqueline Iwata</u>*
Jacqueline Iwata (DC Bar No. 1047984)
NATURAL RESOURCES DEFENSE COUNCIL
1152 15th Street NW Ste. 300
Washington, DC 20005
Tel.: (202) 289-6868
Fax: (415) 795-4799
jiwata@nrdc.org

*Attorney for Natural Resources Defense Council*

*<u>/s/ Matthew Campbell</u>*
Matthew Campbell
NATIVE AMERICAN RIGHTS FUND
250 Arapahoe Ave.
Boulder, CO 80302-5821
Tel: (303) 447-8760
Fax: (303) 443-7776
mcampbell@narf.org

*<u>/s/ Leonard Powell</u>*
NATIVE AMERICAN RIGHTS FUND
950 F Street NW, Suite 1050
Washington, DC 20004
Tel: (202) 785-4166
Fax: (202) 822-0068
powell@narf.org

*Attorneys for the Hopi Tribe, Ute Mountain Ute Tribe and Pueblo of Zuni*

*<u>/s/ Jeffrey S. Rasmussen</u>*
Jeffrey S. Rasmussen
PATTERSON REAL BIRD & RASMUSSEN, LLP
1900 Plaza Drive
Louisville, CO 80027
Tel: (303) 926-5292
Fax: (303) 926-5293
Jrasmussen@nativelawgroup.com

*Attorney for Ute Indian Tribe*

*<u>/s/ Adam Kushner</u>*
Adam Kushner (DC Bar No. 426344)
James T. Banks (DC Bar No. 261156)
Hilary Tompkins (DC Bar No. 252895)
Michael J. West (DC Bar No. 1616572)
Marlan Golden (DC Bar. No. 1673073)
Brian Malat (DC Bar No. 1736216)
Katherine T. McKay (DC Bar No. 90012334)
Keenan Roarty (DC Bar No. 90009018)
Rebecca Wilton (DC Bar No. 90025084)
HOGAN LOVELLS CADWALADER US LLP
555 Thirteenth Street NW
Washington, DC 20004
Tel.: (202) 637-5600
Fax: (202) 637-5910
adam.kushner@hlc.com
james.banks@hlc.com
hilary.tompkins@hlc.com

*Attorneys for Plaintiffs Utah Diné Bikéyah, Archaeology Southwest, Conservation Lands Foundation, Inc., Patagonia Works, The Access Fund, the National Trust for Historic Preservation, The Society of Vertebrate Paleontology, and A'Nuche, Inc.*

*<u>/s/ Katherine Belzowski</u>*
Katherine Belzowski
Assistant Attorney General
NAVAJO NATION DEPARTMENT OF JUSTICE
P.O. Box 2010
Window Rock, AZ 86515
Tel: (928) 871-2675
kbelzowski@navajo-nsn.gov

*Attorney for Navajo Nation*