**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HOPI TRIBE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. 1:17-cv-2590 (TSC) |
| UTAH DINÉ BIKÉYAH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. 1:17-cv-2605 (TSC) |
| NATURAL RESOURCES DEFENSE COUNCIL, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. 1:17-cv-2606 (TSC)<br><br>**CONSOLIDATED CASES** |

**[PROPOSED] ORDER**

This matter is before the Court on Plaintiffs' Unopposed Motion to Extend the Deadline to File Proposed Notice Order. Upon consideration of the motion, it is hereby Ordered that the parties' deadline to file a proposed order detailing the notice that Federal Defendants must provide relating to ground-disturbing activity on lands excluded from the Bears Ears National Monument by Proclamation 11043 is extended to November 13, 2026.

DATED:__________________

___________________________
TANYA S. CHUTKAN
United States District Judge