**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HOPI TRIBE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-02590 (TSC) |
| UTAH DINÉ BIKÉYAH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-02605 (TSC) |
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-02606 (TSC)<br><br>**CONSOLIDATED CASES** |

**DEFENDANTS' AND PLAINTIFFS' JOINT NOTICE OF TENDERING OF PROPOSED NOTICE ORDER**

The Court has ordered the parties to meet and confer and submit a joint proposed

order by October 27, 2026, detailing the specifics of the notice that Federal Defendants must provide Plaintiffs relating to ground-disturbing activities on lands excluded from Bears Ears National Monument by Proclamation No. 11044, 91 Fed. Reg. 45,179 (July 17, 2026) (the "2026 Proclamation"). ECF No. 286. This deadline was extended to November 13, 2026 by the Court's Minute Orders on October 28, 2026 and November 4, 2026.

Plaintiffs and Defendants have conferred and tender the attached proposed order, which is intended to respond to the Court's Order, and further, to replace and supersede the order regarding notice obligations issued by the Court on October 30, 2018 (ECF No. 67). With respect to this joint filing, Federal Defendants state that nothing in the attached proposed order, or the fact that it is jointly proposed by the Parties at the Court's direction, reflects or constitutes an admission by Federal Defendants that any activities triggering the notification requirements set forth in the proposed order will occur or are planned to occur. Federal Defendants further state that this proposed order is jointly proposed pursuant to the Court's Order and does not constitute agreement by Federal Defendants that the notification obligations the proposed order imposes are necessary or appropriate in the circumstances of this case or any other case.

Respectfully submitted this 13th day of November, 2026,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

*/s/ Romney S. Philpott*
Romney S. Philpott
U.S. Department of Justice
Energy and Natural Resources Division
Natural Resources Section
999 18th St., North Terrace Ste. 600

Judith E. Coleman
U.S. Department of Justice
Energy and Natural Resources Division
Natural Resources Section
P.O. Box 7611

Denver, CO 80202
Phone: 202-532-5077
Fax: 303-844-1350
E-mail: Romney.Philpott@usdoj.gov

Benjamin Franklin Station
Washington, D.C. 20044
Phone: 202-305-5031
E-mail: Judith.Coleman@usdoj.gov

*Attorneys for Federal Defendants*

/s/ Matthew Campbell (with consent)
Matthew Campbell
Native American Rights Fund
250 Arapahoe Ave.
Boulder, CO 80302-5821
mcampbell@narf.org
P:303-447-8760
F:303-443-7776

*Attorneys for the Hopi Tribe, Ute Mountain Ute Tribe and Pueblo of Zuni*

/s/ Sage Metoxen (with consent)
Sage Metoxen, Asst. Attorney General
Litigation and Employment Unit
NAVAJO NATION DEPARTMENT OF JUSTICE
Post Office Box 2010
Window Rock, Arizona (Navajo Nation) 86515
Phone: (928) 871-6343
Fax: (928) 871-6177
Email: smetoxen@navaho-nsn.gov

*Attorneys for the Navajo Nation*

/s/ Jeffrey S. Rasmussen, pro hac vice (with consent)
Jeffrey S. Rasmussen, *pro hac vice*
PATTERSON EARNHART REAL BIRD & WILSON LLP
1900 Plaza Drive
Louisville, CO 80027
Phone: (303) 926-5292
Fax: (303) 926-5293
Email: jrasmussen@nativelawgroup.com

*Attorneys for the Ute Indian Tribe*

/s/ Adam Kushner (with consent)
Adam Kushner
Hogan Lovells Cadwalader US LLP
555 Thirteenth Street NW
Washington, D.C. 20004
Phone: 202-637-5600
Fax: 202-637-5910
E-mail: adam.kushner@hlc.com

/s/ Thomas Delehanty (with consent)
Thomas Delehanty
Heidi McIntosh
Earthjustice Rocky Mountain Office
1125 17th Street, Suite 1010
Denver, CO 80202
(303) 996-9628
tdelehanty@earthjustice.org

*Counsel for National Parks Conservation Association, The Wilderness Society, Defenders of Wildlife, Grand Canyon Trust, Great Old Broads for Wilderness, Western Watersheds Project, WildEarth Guardians, Sierra Club, and Center for Biological Diversity*

*Attorneys for Plaintiffs Utah Diné Bikéyah, Friends of Cedar Mesa, Archaeology Southwest, Conservation Lands Foundation, Inc., Patagonia Works, The Access Fund, the National Trust for Historic Preservation, and the Society of Vertebrate Paleontology*

*<u>/s/ Jacqueline Iwata (with consent)</u>*
Jacqueline Iwata
Natural Resources Defense Council
1152 15th Street Suite 300
Washington, DC 20005
Tel.: (202) 836-9451
E-mail: jiwata@nrdc.org

Katherine Desormeau
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Tel.: (415) 875-6158
E-mail: kdesormeau@nrdc.org

*Counsel for Natural Resources Defense Council*

*<u>/s/ Stephen H. M. Bloch (with consent)</u>*
Stephen H.M. Bloch
Hanna Larsen
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, UT 84111
Tel.: (801) 486-3161
E-mail: steve@suwa.org
hanna@suwa.org

*Counsel for Southern Utah Wilderness Alliance*