**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HOPI TRIBE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-02590 (TSC) |
| UTAH DINÉ BIKÉYAH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-02605 (TSC) |
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-02606 (TSC)<br><br>**CONSOLIDATED CASES** |

**[PROPOSED] ORDER**

This matter is before the Court on Federal Defendants' Unopposed Motion to Extend Deadline to File Joint Proposed Briefing Schedule. Upon consideration of the motion, it is hereby Ordered that the parties' deadline to file a proposed briefing schedule is extended to November 23, 2026.

DATED: ________________ ________________________________________

TANYA S. CHUTKAN
UNITED STATES DISTRICT JUDGE