# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| HOPI TRIBE, et. al.,<br>*Plaintiff*<br>v.<br>DONALD J. TRUMP, el. al.,<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 17-cv-02590 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff The Navajo Nation .

Date: 11/16/2026

/s/Katherine Belzowski
*Attorney's signature*

Katherine Belzowski, AZ0018
*Printed name and bar number*

NAVAJO NATION DEPARTMENT OF JUSTICE
Post Office Box 2010
Window Rock, Arizona 86515
*Address*

kbelzowski@navajo-nsn.gov
*E-mail address*

(928) 357-5819
*Telephone number*

(928) 871-7570
*FAX number*