IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOPI TRIBE, et al.,<br>Plaintiffs,<br>v.<br>DONALD J. TRUMP, et al.,<br>Defendants. | Case No. 1:17-cv-02590-TSC |
| UTAH DINÉ BIKÉYAH, et al.,<br>Plaintiffs,<br>v.<br>DONALD J. TRUMP, et al.,<br>Defendants,<br>BRANDON SULSER; BIGGAME FOREVER; SPORTSMEN FOR FISH & WILDLIFE; UTAH BOWMEN'S ASSOCIATION; UTAH WILD SHEEP FOUNDATION; MICHAEL NOEL; SANDY JOHNSON; and GAIL JOHNSON,<br>Defendant-Intervenors. | Case No. 1:17-cv-02605-TSC |
| NATURAL RESOURCE DEFENSE COUNCIL, INC., et al.,<br>Plaintiffs,<br>v.<br>DONALD J. TRUMP, et al.,<br>Defendants. | Case No. 1:17-cv-02606-TSC<br><br>**CONSOLIDATED CASES** |

**MOTION FOR ADMISSION PRO HAC VICE FOR PAIGE E. GILLIARD**

Pursuant to LCvR 83.2(c) of the Rules of the United States District Court for the District of Columbia, Jeffrey W. McCoy, an active member in good standing with

the bar of this Court, moves that Paige E. Gilliard be admitted pro hac vice to represent Defendant-Intervenors Brandon Sulser, BigGame Forever, Sportsmen for Fish & Wildlife, the Utah Bowmen's Association, the Utah Wild Sheep Foundation, Michael Noel, Sandy Johnson, and Gail Johnson in the above-captioned consolidated cases.

Ms. Gilliard is a colleague of Mr. McCoy. Ms. Gilliard's business address is Pacific Legal Foundation, 3100 Clarendon Blvd., Suite 1000, Arlington, Virginia 22201 and may be reached by telephone at (202) 888-6881.

As set forth in Paige E. Gilliard's attached declaration, Ms. Gilliard has been a member in good standing of the bar of the State of California since 2020 (State Bar Number 330051). Ms. Gilliard is also a member in good standing of the United States District Court for the Central District of California and the United States Court of Appeals for the Fourth, Eighth, Ninth, and D.C. Circuits.

Ms. Gilliard is familiar with the rules of this Court, the facts of this case, and the pleadings. If permitted to appear, she will be associated with me in this case.

For the reasons set forth above, I respectfully request that this Court grant this motion for Paige E. Gilliard to appear pro hac vice in this action.

DATED: November 23, 2026. Respectfully submitted,

/s/ Jeffrey W. McCoy

JEFFREY W. McCOY
D.D.C. Bar No. CO00124
Pacific Legal Foundation
1745 Shea Center Drive, Suite 400
Highlands Ranch, CO 80129
(916) 419-7111
jmccoy@pacificlegal.org

*Attorney for Defendant-Intervenors Brandon Sulser, et al.*

**Certificate of Service**

I hereby certify that on November 23, 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing, which will send notification of the filing to all parties registered with the Court's ECF System.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, to the following non-CM/ECF participants:

Ethel Billie Branch
Navajo Nation Department of Justice
P.O. Box 2010
Window Rock, AZ 86515

Sarah Krakoff
University of Colorado Law School
Campus Box 401 UCB
Boulder, CO 80309

s/ Jeffrey W. McCoy
JEFFREY W. McCOY