# UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

Utah Dine Bikeyah, et al.
Plaintiff(s)

vs.

Donald J. Trump, et al.
Defendant(s)

Case Number: 1:17-cv-02605-TSC

**DECLARATION FOR PRO HAC VICE ADMISSION**

(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name: Paige E. Gilliard
2. State bar membership number: California, Bar No. 330051
3. Business address, telephone and fax numbers: Tel. 202.888.6881; Fax 916.419.7747

   Pacific Legal Foundation, 3100 Clarendon Blvd., Suite 1000, Arlington, VA 22201
4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

   California; see attachment
5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body? Yes ☐ No ☑
6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies? Yes ☐ No ☑

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)
7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years. 1

   (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)
8. Are you a member of the DC Bar? No
9. Do you have a pending application for admission into USDC for the District of Columbia? No

**In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:**

**(CHECK ALL ITEMS THAT APPLY)**

1. ☐ has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. ☐ has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. ☐ has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

11/23/2026

DATE

SIGNATURE OF ATTORNEY

**Attachment to the Declaration for**
**Pro Hac Vice Admission for Paige E. Gilliard**

List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

California Supreme Court and California State Bar

U.S. District Court for the Central District of California

U.S. Court of Appeals for the Fourth Circuit

U.S. Court of Appeals for the Eighth Circuit

U.S. Court of Appeals for the Ninth Circuit

U.S. Court of Appeals for the District of Columbia Circuit

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

**ISSUE DATE:** 11/19/2026

**LICENSEE NAME:** Paige Elizabeth Gilliard

**LICENSEE BAR NUMBER:** 330051

**LICENSEE STATUS:** Active

**ADMIT DATE:** 1/14/2020

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of Paige Elizabeth Gilliard's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*