**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HOPI TRIBE, et al.,<br>Plaintiffs,<br>v.<br>DONALD J. TRUMP, et al.,<br>Defendants. | Case No. 1:17-cv-02590-TSC |
| UTAH DINÉ BIKÉYAH, et al.,<br>Plaintiffs,<br>v.<br>DONALD J. TRUMP, et al.,<br>Defendants,<br>BRANDON SULSER; BIGGAME FOREVER; SPORTSMEN FOR FISH & WILDLIFE; UTAH BOWMEN'S ASSOCIATION; UTAH WILD SHEEP FOUNDATION; MICHAEL NOEL; SANDY JOHNSON; and GAIL JOHNSON,<br>Defendant-Intervenors. | Case No. 1:17-cv-02605-TSC |
| NATURAL RESOURCE DEFENSE COUNCIL, INC., et al.,<br>Plaintiffs,<br>v.<br>DONALD J. TRUMP, et al.,<br>Defendants. | Case No. 1:17-cv-02606-TSC<br><br>**CONSOLIDATED CASES** |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE FOR PAIGE E. GILLIARD**

Considering the foregoing motion to admit counsel pro hac vice:

IT IS ORDERED that Paige E. Gilliard be admitted to the bar of this Court pro hac vice on behalf of Defendant-Intervenors Brandon Sulser, BigGame Forever, Sportsmen for Fish & Wildlife, the Utah Bowmen's Association, the Utah Wild Sheep Foundation, Michael Noel, Sandy Johnson, and Gail Johnson in the above-captioned consolidated cases.

Dated:______________________________ ______________________________

TANYA S. CHUTKAN
UNITED STATES DISTRICT COURT JUDGE