**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HOPI TRIBE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No. 17-cv-2590 (TSC) |
| UTAH DINÉ BIKÉYAH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No. 17-cv-2605 (TSC) |
| NATURAL RESOURCES DEFENSE COUNCIL, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No. 17-cv-2606 (TSC)<br><br>**CONSOLIDATED CASES** |

**[PROPOSED] ORDER GRANTING BRIEFING SCHEDULE**

The Court previously ordered the parties to propose a briefing schedule for post-complaint briefing. *See* Minute Entry, Status Conference of October 15, 2026. Upon consideration of the parties' joint proposed briefing schedule, it is hereby ordered that the

proposed briefing schedule is GRANTED. The parties shall adhere to the following schedule for the coordinated, sequential briefing of potentially dispositive cross-motions for partial summary judgment:

| **Event** | **Date** |
|---|---|
| Plaintiffs' motions for partial summary judgment | January 13, 2027 |
| Defendants' oppositions to the motions for partial summary judgment, combined with Defendants' cross-motions for partial summary judgment (if any) | March 15, 2027 (61 days) |
| Intervenors' brief(s) in support of Defendants' cross-motions (if any) | March 29, 2027 (14 days) |
| Plaintiffs' replies in support of partial summary judgment, combined with Plaintiffs' oppositions to Defendants' cross-motions for partial summary judgment and Intervenors' brief(s) (if any) | April 28, 2027 (44 days from Defendants' oppositions; 30 days from Intervenors' briefs) |
| Defendants' replies in support of their cross-motions for partial summary judgment (if any) | May 28, 2027 (30 days) |
| Intervenors' replies in support of Defendants' cross-motions for partial summary judgment (if any) | June 4, 2027 (7 days) |

The above-described summary judgment motions will be "partial" in the sense that they seek to resolve Plaintiffs' entitlement to relief on their core claims that the President lacks constitutional or statutory authority to revoke or reduce a national monument, and Defendants' defenses thereto. *See* NRDC Plaintiffs' Counts IV-VI; UDB Plaintiffs' Counts V, VII, VIII. Because summary judgment on any of these core legal claims could afford Plaintiffs complete relief, the parties shall not at this time move for summary judgment on Plaintiffs' alternative claims for relief. Further, because the motions for partial summary judgment may obviate the need to resolve Plaintiffs' alternative claims, Defendants' and Defendant-Intervenors' deadline to answer the amended and supplemented complaints shall be held in abeyance until further

order of the Court.

This schedule is without prejudice to any party's right to seek emergency injunctive relief if warranted.

IT IS SO ORDERED.

DATED:

____________________________________

TANYA S. CHUTKAN
UNITED STATES DISTRICT COURT JUDGE